# EXHIBIT 1

**Generated on:** This page was generated by TSDR on 2025-06-20 14:07:24 EDT

**Mark:** IN-N-OUT

# IN-N-OUT

| | | | |
|---|---|---|---|
| **US Serial Number:** | 73133175 | **Application Filing Date:** | Jul. 07, 1977 |
| **US Registration Number:** | 1085163 | **Registration Date:** | Feb. 07, 1978 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Dec. 06, 2017

## Mark Information

**Mark Literal Elements:** IN-N-OUT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Related Properties Information

**Claimed Ownership of US Registrations:** 1031095, 1031096, 1023506

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | 1949 | **Use in Commerce:** | 1949 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

|  |  |  |  |
|---|---|---|---|
| **Owner Name:** | IN-N-OUT BURGERS | | |
| **Owner Address:** | 4199 CAMPUS DRIVE, SUITE 900 IRVINE, CALIFORNIA UNITED STATES 92612 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

|  |  |  |  |
|---|---|---|---|
| **Attorney Name:** | ARNOLD M WENSINGER | | |
| **Attorney Primary Email Address:** | vsarigumba@innout.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

|  |  |  |  |
|---|---|---|---|
| **Correspondent Name/Address:** | ARNOLD M WENSINGER IN-N-OUT BURGERS 4199 CAMPUS DR STE 900 IRVINE, CALIFORNIA UNITED STATES 92612 | | |
| **Phone:** | 9495096289 | | |
| **Correspondent e-mail:** | vsarigumba@innout.com rblake@innout.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 04, 2018 | NOTICE OF SUIT | |
| Mar. 05, 2018 | NOTICE OF SUIT | |
| Dec. 06, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 06, 2017 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | |
| Dec. 06, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Dec. 05, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 16, 2017 | NOTICE OF SUIT | |
| Mar. 16, 2017 | NOTICE OF SUIT | |
| Feb. 16, 2017 | NOTICE OF SUIT | |
| Feb. 16, 2017 | NOTICE OF SUIT | |
| Sep. 19, 2012 | NOTICE OF SUIT | |
| Jun. 21, 2010 | NOTICE OF SUIT | |
| Jul. 01, 2008 | NOTICE OF SUIT | |
| Jun. 25, 2008 | NOTICE OF SUIT | |
| Jun. 16, 2008 | NOTICE OF SUIT | |
| Jun. 02, 2008 | NOTICE OF SUIT | |
| May 20, 2008 | NOTICE OF SUIT | |
| Dec. 04, 2007 | CASE FILE IN TICRS | |
| Jun. 10, 2007 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Jun. 10, 2007 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| May 23, 2007 | ASSIGNED TO PARALEGAL | |
| Apr. 23, 2007 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Apr. 23, 2007 | PAPER RECEIVED | |
| Oct. 30, 1997 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Sep. 25, 1997 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Sep. 25, 1997 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Nov. 01, 1983 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: | GENERIC WEB UPDATE | Date in Location: | Dec. 06, 2017 |
|---|---|---|---|

# Proceedings

| Summary | |
|---|---|
| **Number of Proceedings:** | 13 |

## Type of Proceeding: Opposition

| **Proceeding Number:** | 91252096 | **Filing Date:** | Nov 06, 2019 |
|---|---|---|---|
| **Status:** | Terminated | **Status Date:** | Feb 26, 2020 |
| **Interlocutory Attorney:** | MIKE WEBSTER | | |

### Defendant

| **Name:** | WinIT proposals, LLC |
|---|---|
| **Correspondent Address:** | SHERRI E BIANCO<br>11314 KINGS VALLEY DRIVE<br>DAMASCUS MD UNITED STATES , 20872 |
| **Correspondent e-mail:** | winit.proposals@gmail.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN & OUT GRAPHIX | | 88333837 | |

### Plaintiff(s)

| **Name:** | In-N-Out Burgers |
|---|---|
| **Correspondent Address:** | VALERIE SARIGUMBA<br>4199 CAMPUS DRIVE 9TH FLOOR<br>IRVINE CA UNITED STATES , 92612 |
| **Correspondent e-mail:** | vsarigumba@innout.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 75137201 | 2285823 |
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUTBURGER | | 75158254 | 2285842 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 7 | TERMINATED | Feb 26, 2020 | |
| 6 | BD DECISION: OPP SUSTAINED | Feb 26, 2020 | |
| 5 | W/DRAW OF APPLICATION W/O CONSENT | Feb 17, 2020 | |
| 4 | ANSWER | Nov 24, 2019 | |
| 3 | INSTITUTED | Nov 06, 2019 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Nov 06, 2019 | Dec 16, 2019 |
| 1 | FILED AND FEE | Nov 06, 2019 | |

## Type of Proceeding: Opposition

| **Proceeding Number:** | 91217195 | **Filing Date:** | May 30, 2014 |
|---|---|---|---|
| **Status:** | Terminated | **Status Date:** | Sep 23, 2014 |

| | |
|---|---|
| **Interlocutory Attorney:** | ROBERT COGGINS |

### Defendant

| | |
|---|---|
| **Name:** | IN-N-OUT Grooming |
| **Correspondent Address:** | IN-N-OUT GROOMING<br>7300 BROMPTON ST , APT 4723<br>HOUSTON TX UNITED STATES , 77025-2166 |
| **Correspondent e-mail:** | Josh.Mica@gmail.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT GROOMING | | 85934540 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | VALERIE SARIGUMBA<br>IN-N-OUT BURGERS<br>4199 CAMPUS DR, 9TH FLOOR<br>IRVINE CA UNITED STATES , 92612 |
| **Correspondent e-mail:** | vsarigumba@innout.com , rblake@innout.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT BURGER | | 73724456 | 1514689 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 7 | TERMINATED | Sep 23, 2014 | |
| 6 | BD DECISION: DISMISSED W/O PREJ | Sep 23, 2014 | |
| 5 | W/DRAW OF OPPOSITION | Sep 02, 2014 | |
| 4 | W/DRAW OF APPLICATION | Aug 25, 2014 | |
| 3 | PENDING, INSTITUTED | Jul 04, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 04, 2014 | Aug 13, 2014 |
| 1 | FILED AND FEE | May 30, 2014 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91206796 | **Filing Date:** | Aug 30, 2012 |
| **Status:** | Terminated | **Status Date:** | Mar 01, 2014 |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM | | |

### Defendant

| | |
|---|---|
| **Name:** | Ryan Markus |
| **Correspondent Address:** | JEFFREY M FURR<br>FURR LAW FIRM<br>2622 DEBOLT ROAD<br>UTICA OH UNITED STATES , 43080 9604 |
| **Correspondent e-mail:** | JeffMFurr@FurrLawFirm.com , jeffmfurr@aol.com |

**Associated marks**

| | | | Registration |
|---|---|---|---|

| Mark | Application Status | Serial Number | Number |
|------|-------------------|---------------|--------|
| IN AND OUT | | 85507551 | |

| Plaintiff(s) | | |
|---|---|---|

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | VALERIE SARIGUMBA<br>IN N OUT BURGERS<br>4199 CAMPUS DRIVE, 9TH FLOOR<br>IRVINE CA UNITED STATES , 92612 |
| **Correspondent e-mail:** | bob@lauson.com , vsarigumba@innout.com , rblake@innout.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| IN-N-OUT | | 73133175 | 1085163 |
| IN 'N' OUT | | 72389754 | 930203 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT | | 75137201 | 2285823 |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 18 | TERMINATED | Mar 01, 2014 | |
| 17 | BD DECISION: DISMISSED W/O PREJ | Mar 01, 2014 | |
| 16 | W/DRAW OF OPPOSITION | Feb 14, 2014 | |
| 15 | W/DRAW OF APPLICATION | Feb 13, 2014 | |
| 14 | TRIAL DATES RESET | Jan 30, 2014 | |
| 13 | STIP FOR EXT | Jan 09, 2014 | |
| 12 | SUSPENDED | Dec 18, 2013 | |
| 11 | STIP FOR EXT | Nov 11, 2013 | |
| 10 | SUSPENDED | Sep 17, 2013 | |
| 9 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Aug 14, 2013 | |
| 8 | CONSOLIDATED - PARENT/TRIAL DATES RESET | Apr 23, 2013 | |
| 7 | STIPULATION FOR AN EXTENSION OF TIME | Feb 04, 2013 | |
| 6 | APPEARANCE | Oct 12, 2012 | |
| 5 | D'S MOTION TO CONSOLIDATE | Oct 08, 2012 | |
| 4 | ANSWER | Oct 08, 2012 | |
| 3 | PENDING, INSTITUTED | Aug 30, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 30, 2012 | Oct 09, 2012 |
| 1 | FILED AND FEE | Aug 30, 2012 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91206797 | **Filing Date:** | Aug 30, 2012 |
| **Status:** | Terminated | **Status Date:** | Mar 01, 2014 |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM | | |

| Defendant | |
|---|---|

| | |
|---|---|
| **Name:** | Markus, Ryan |
| **Correspondent Address:** | JEFFREY M FURR<br>FURR LAW FIRM<br>2622 DEBOLT RD<br>UTICA OH UNITED STATES , 43080-9604 |
| **Correspondent e-mail:** | JeffMFurr@FurrLawFirm.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| IN N OUT | | 85511776 | |

| Plaintiff(s) | | |
|---|---|---|

| | |
|---|---|
| Name: | In-N-Out Burgers |
| Correspondent Address: | VALERIE SARIGUEMBA<br>IN-N-OUT BURGERS<br>4199 CAMPUS DRIVE, 9TH FLOOR<br>IRVINE CA UNITED STATES , 92612 |
| Correspondent e-mail: | vsarigumba@innout.com , rblake@innout.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |
| IN 'N' OUT | | 72389754 | 930203 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT | | 75137201 | 2285823 |

| Prosecution History | | | |
|---|---|---|---|
| Entry Number | History Text | Date | Due Date |
| 10 | TERMINATED | Mar 01, 2014 | |
| 9 | BD DECISION: DISMISSED W/O PREJ | Mar 01, 2014 | |
| 8 | CONSOLIDATED - CHILD OF 91206797 | Apr 23, 2013 | |
| 7 | STIPULATION FOR AN EXTENSION OF TIME | Feb 04, 2013 | |
| 6 | APPEARANCE | Oct 12, 2012 | |
| 5 | D'S MOTION TO CONSOLIDATE | Oct 08, 2012 | |
| 4 | ANSWER | Oct 08, 2012 | |
| 3 | PENDING, INSTITUTED | Aug 30, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 30, 2012 | Oct 09, 2012 |
| 1 | FILED AND FEE | Aug 30, 2012 | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91196649 | Filing Date: | Sep 28, 2010 |
| Status: | Terminated | Status Date: | Sep 21, 2011 |
| Interlocutory Attorney: | MICHAEL B ADLIN | | |

#### Defendant

| | |
|---|---|
| Name: | Cambrela, Inc. |
| Correspondent Address: | MICHAEL FEDRICK<br>LOZA LOZA LLP<br>305 N 2ND AVE 127<br>UPLAND CA UNITED STATES , 91786 6064 |
| Correspondent e-mail: | mike@lozaip.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN AND OUT TRAFFIC SCHOOL | | 77857320 | |

#### Plaintiff(s)

| | |
|---|---|
| Name: | In-N-Out Burgers, a California Corporation |
| Correspondent Address: | ROBERT J LAUSON<br>LAUSON TARVER LLP<br>880 APOLLO STREET , SUITE 301<br>EL SEGUNDO CA UNITED STATES , 90245 |
| Correspondent e-mail: | bob@lauson.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT BURGER | | 75559057 | 2291183 |

| | | |
|---|---|---|
| IN & OUT | 74323081 | 1780587 |
| IN 'N' OUT | 72389754 | 930203 |
| IN-N-OUT | 75396996 | 2217307 |
| IN-N-OUT | 75137201 | 2285823 |
| IN-N-OUT BURGER FOUNDATION | 75061338 | 2035491 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 18 | TERMINATED | Sep 21, 2011 | |
| 17 | BD'S DECISION: DISMISSED W/O PREJUDICE | Sep 21, 2011 | |
| 16 | STIP DISMISSAL WO PREJUDICE | Sep 20, 2011 | |
| 15 | SUSPENDED | Jul 08, 2011 | |
| 14 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jul 08, 2011 | |
| 13 | RESPONSE DUE 30 DAYS (DUE DATE) | May 10, 2011 | Jun 09, 2011 |
| 12 | EXTENSION OF TIME GRANTED | Apr 14, 2011 | |
| 11 | STIPULATION FOR AN EXTENSION OF TIME | Apr 14, 2011 | |
| 10 | P'S MOTION TO AMEND PLEADING/AMENDED PLEADING | Mar 23, 2011 | |
| 9 | CHANGE OF CORRESPONDENCE ADDRESS | Mar 11, 2011 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 11, 2011 | |
| 7 | D'S MOTION FOR AN EXTENSION OF TIME | Feb 07, 2011 | |
| 6 | CORRECTION TO BOARD`S ORDER | Nov 18, 2010 | |
| 5 | ANSWER | Nov 05, 2010 | |
| 4 | OPP'S MOTION TO CORRECT OPP'S NAME | Oct 22, 2010 | |
| 3 | PENDING, INSTITUTED | Sep 28, 2010 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 28, 2010 | Nov 07, 2010 |
| 1 | FILED AND FEE | Sep 28, 2010 | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91196420 | Filing Date: | Sep 09, 2010 |
| Status: | Terminated | Status Date: | Dec 15, 2010 |
| Interlocutory Attorney: | MICHAEL B ADLIN | | |

#### Defendant

| | |
|---|---|
| Name: | Medidenta International, Inc. |
| Correspondent Address: | OLIVER R CHERNIN<br>MCLAUGHLIN & STERN LLP<br>260 MADISON AVENUE<br>NEW YORK NY UNITED STATES , 10016 |
| Correspondent e-mail: | ochernin@mclaughlinstern.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN N OUT HANDPIECE REPAIR SERVICE | | 77962708 | |

#### Plaintiff(s)

| | |
|---|---|
| Name: | In-N-Out Burger, Inc. |
| Correspondent Address: | EDWIN TARVER<br>LAUSON & TARVER LLP<br>880 APOLLO STREET , SUITE 301<br>EL SEGUNDO CA UNITED STATES , 90245 |
| Correspondent e-mail: | Bob@lauson.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 15 | TERMINATED | Dec 15, 2010 | |
| 14 | BD'S DECISION: DISMISSED W/ PREJUDICE | Dec 15, 2010 | |
| 13 | WITHDRAWAL OF OPPOSITION | Dec 09, 2010 | |
| 12 | RESPONSE DUE 30 DAYS (DUE DATE) | Dec 08, 2010 | Jan 07, 2011 |
| 11 | MOTION TO AMEND APPLICATION | Nov 22, 2010 | |
| 10 | MOTION TO AMEND APPLICATION | Nov 22, 2010 | |
| 9 | SUSPENDED | Nov 18, 2010 | |
| 8 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Nov 18, 2010 | |
| 7 | EXTENSION OF TIME GRANTED | Oct 27, 2010 | |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Oct 15, 2010 | |
| 5 | CHANGE OF CORRESPONDENCE ADDRESS | Sep 22, 2010 | |
| 4 | D'S APPEARANCE OF COUNSEL/POWER OF ATTORNEY | Sep 22, 2010 | |
| 3 | PENDING, INSTITUTED | Sep 09, 2010 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 09, 2010 | Oct 19, 2010 |
| 1 | FILED AND FEE | Sep 09, 2010 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91188062  **Filing Date:** Dec 17, 2008

**Status:** Terminated  **Status Date:** Mar 23, 2009

**Interlocutory Attorney:** ANGELA LYKOS

### Defendant

**Name:** GREAT BUYS, INC.

**Correspondent Address:** GREGG ZEGARELLI
ZEGARELLI LAW GROUP
429 FORBES AVE STE 1212
PITTSBURGH PA UNITED STATES , 15219-1625

**Correspondent e-mail:** mailroom.grz@zegarelli.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| INOUT DEALS | | 77475624 | |

### Plaintiff(s)

**Name:** In-N-Out Burgers

**Correspondent Address:** Margaret Niver McGann
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City UT UNITED STATES , 84111

**Correspondent e-mail:** mmcgann@parsonsbehle.com , cjohns@parsonsbehle.com , jwhite@parsonsbehle.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT | | 75137201 | 2285823 |
| IN 'N' OUT | | 72389754 | 930203 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 7 | TERMINATED | Mar 23, 2009 | |
| 6 | BOARD'S DECISION: SUSTAINED | Mar 23, 2009 | |

| 5 | ABANDONMENT | | Mar 20, 2009 | |
| 4 | ANSWER | | Jan 14, 2009 | |
| 3 | PENDING, INSTITUTED | | Dec 17, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | | Dec 17, 2008 | Jan 26, 2009 |
| 1 | FILED AND FEE | | Dec 17, 2008 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91186958 | **Filing Date:** | Oct 14, 2008 |
| **Status:** | Terminated | **Status Date:** | Sep 16, 2009 |
| **Interlocutory Attorney:** | CHERYL S GOODMAN | | |

### Defendant

| | |
|---|---|
| **Name:** | Obadia Alain |
| **Correspondent Address:** | Leonard Budow<br>Leonard N Budow PC<br>Ste 4613 350 5th Avenue<br>New York NY UNITED STATES , 10118-4613 |
| **Correspondent e-mail:** | lb@budowlaw.us |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN & OUT | | 77283492 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | Ariana Gallisa<br>Pillsbury Winthrop Shaw Pittman LLP<br>P.O. Box 7780, Calendar/Docketing Dept.<br>San Francisco CA UNITED STATES , 94120-7880 |
| **Correspondent e-mail:** | sftrademarks@pillsburylaw.com , ariana.gallisa@pillsburylaw.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT | | 75137201 | 2285823 |
| IN 'N' OUT | | 72389754 | 930203 |
| ENTRADA-Y-SALIDA | | 74599705 | 2048138 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 13 | TERMINATED | Sep 16, 2009 | |
| 12 | BOARD'S DECISION: SUSTAINED | Sep 16, 2009 | |
| 11 | WITHDRAWAL OF APPLICATION | Sep 15, 2009 | |
| 10 | CHANGE OF CORRESPONDENCE ADDRESS | Aug 21, 2009 | |
| 9 | APPEARANCE | Aug 21, 2009 | |
| 8 | SUSPENDED | Jul 07, 2009 | |
| 7 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jul 07, 2009 | |
| 6 | ANSWER | Jan 20, 2009 | |
| 5 | EXTENSION OF TIME GRANTED | Oct 24, 2008 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Oct 24, 2008 | |
| 3 | PENDING, INSTITUTED | Oct 14, 2008 | |

| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 14, 2008 | Nov 23, 2008 |
| 1 | FILED AND FEE | Oct 14, 2008 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91186018 | **Filing Date:** | Aug 16, 2008 |
| **Status:** | Terminated | **Status Date:** | May 28, 2009 |
| **Interlocutory Attorney:** | MARY CATHERINE FAINT | | |

### Defendant

| | |
|---|---|
| **Name:** | Brian Quaglia and Sandra Quaglia |
| **Correspondent Address:** | Brian Quaglia<br>77 Peck Street<br>Rehoboth MA UNITED STATES , 02886 |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN & OUT | | 76687302 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | Edward O. Ansell<br>Law Office of Edward O. Ansell<br>427 N. Yale Avenue, Suite 204<br>Claremont CA UNITED STATES , 91711 |
| **Correspondent e-mail:** | anselaw@verizon.net |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 75137201 | 2285823 |
| IN-N-OUT BURGER | | 73724456 | 1514689 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 18 | TERMINATED | May 28, 2009 | |
| 17 | BOARD'S DECISION: SUSTAINED | May 28, 2009 | |
| 16 | COPY #15 | May 26, 2009 | |
| 15 | WITHDRAWAL OF APPLICATION | May 21, 2009 | |
| 14 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | May 05, 2009 | |
| 13 | P'S MOTION FOR SUMMARY JUDGMENT | Apr 28, 2009 | |
| 12 | D'S UNDELIVERABLE MAIL | Apr 13, 2009 | |
| 11 | P'S RESPONSE TO BOARD ORDER/INQUIRY | Apr 09, 2009 | |
| 10 | TRIAL DATES SET | Apr 03, 2009 | |
| 9 | COPY #8 W/CERTIFICATE OF SERVICE | Apr 01, 2009 | |
| 8 | P'S MOTION TO JOIN INDISPENSIBLE PARTY | Mar 30, 2009 | |
| 7 | TRIAL DATES RESET | Mar 13, 2009 | |
| 6 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Oct 10, 2008 | |
| 5 | P'S OPPOSITION/RESPONSE TO MOTION | Sep 26, 2008 | |
| 4 | ANSWER | Sep 15, 2008 | |
| 3 | PENDING, INSTITUTED | Aug 26, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 26, 2008 | Oct 05, 2008 |

| 1 | FILED AND FEE | Aug 16, 2008 |
|---|---|---|

### Type of Proceeding: Opposition

| Proceeding Number: | 91183888 | Filing Date: | May 05, 2008 |
|---|---|---|---|
| Status: | Terminated | Status Date: | Jun 13, 2013 |
| Interlocutory Attorney: | ANN LINNEHAN VOGLER | | |

**Defendant**

| Name: | Fast Lane Car Wash & Lube, L.L.C. |
|---|---|
| Correspondent Address: | RICHARD L SCHNAKE<br>THE LAW FIRM OF NEALE & NEWMAN LLP<br>PO BOX 10327<br>SPRINGFIELD MO UNITED STATES , 65808-0327 |
| Correspondent e-mail: | DWooten@nnlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN & OUT CAR WASH | | 77234104 | |

**Plaintiff(s)**

| Name: | In-N-Out Burgers |
|---|---|
| Correspondent Address: | ROBERT J LAUSON<br>LAUSON AND TARVER LLP<br>880 APOLLO STREET, SUITE 301<br>EL SEGUNDO CA UNITED STATES , 90245 |
| Correspondent e-mail: | bob@lauson.com , edwin@lauson.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT BURGER | | 73724456 | 1514689 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |
| IN-N-OUT BURGER | | 76669013 | 3367471 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 84 | TERMINATED | Jun 13, 2013 | |
| 83 | BD DECISION: DISMISSED | Mar 14, 2013 | |
| 82 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 81 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 80 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 79 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 78 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 77 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS 862-879 | Nov 07, 2011 | |
| 76 | SUBMITTED ON BRIEF | Apr 11, 2012 | |
| 75 | PLAINTIFF'S NOTICE OF RELIANCE | Apr 04, 2012 | |
| 74 | P'S REBUTTAL BRIEF | Apr 02, 2012 | |
| 73 | FINAL BRIEF ON MERITS FOR DEFENDANT(S) | Mar 16, 2012 | |
| 72 | BRIEF ON MERITS FOR PLAINTIFF | Feb 14, 2012 | |
| 71 | P'S NOTICE OF TAKING TESTIMONY | Feb 07, 2012 | |
| 70 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 03, 2012 | |

| 69 | PLAINTIFF'S NOTICE OF RELIANCE | Dec 28, 2011 | |
| 68 | PLAINTIFF'S NOTICE OF RELIANCE | Dec 16, 2011 | |
| 67 | PLAINTIFF'S NOTICE OF RELIANCE | Dec 28, 2011 | |
| 66 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 65 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 64 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 63 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 62 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 61 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 60 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 59 | TESTIMONY FOR DEFENDANT | Nov 18, 2011 | |
| 58 | TESTIMONY FOR DEFENDANT | Nov 18, 2011 | |
| 57 | P'S REBUTTAL PRETRIAL DISCLOSURES | Nov 17, 2011 | |
| 56 | D'S NOTICE OF DEPOSITIONS | Oct 21, 2011 | |
| 55 | D'S PRETRIAL DISCLOSURES | Sep 16, 2011 | |
| 54 | PLAINTIFF'S NOTICE OF RELIANCE | Sep 09, 2011 | |
| 53 | PLAINTIFF'S NOTICE OF RELIANCE | Sep 09, 2011 | |
| 52 | EXTENSION OF TIME GRANTED | Jun 17, 2011 | |
| 51 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Jun 17, 2011 | |
| 50 | EXTENSION OF TIME GRANTED | May 19, 2011 | |
| 49 | STIPULATION FOR AN EXTENSION OF TIME | May 19, 2011 | |
| 48 | EXTENSION OF TIME GRANTED | Apr 11, 2011 | |
| 47 | STIPULATION FOR AN EXTENSION OF TIME | Apr 11, 2011 | |
| 46 | EXTENSION OF TIME GRANTED | Mar 17, 2011 | |
| 45 | STIPULATION FOR AN EXTENSION OF TIME | Mar 17, 2011 | |
| 44 | BOARD'S ORDER TRIAL DATES REMAIN AS PREVIOUSLY SET | Feb 28, 2011 | |
| 43 | APPEARANCE | Feb 25, 2011 | |
| 42 | EXTENSION OF TIME GRANTED | Feb 18, 2011 | |
| 41 | STIPULATION FOR AN EXTENSION OF TIME | Feb 18, 2011 | |
| 40 | EXTENSION OF TIME GRANTED | Jan 19, 2011 | |
| 39 | STIPULATION FOR AN EXTENSION OF TIME | Jan 19, 2011 | |
| 38 | EXTENSION OF TIME GRANTED | Oct 28, 2010 | |
| 37 | STIPULATION FOR AN EXTENSION OF TIME | Oct 28, 2010 | |
| 36 | D'S MOTION TO CONDUCT DEPO BY VIDEO CONFERENCE GRANTED/REMAINING TRIAL DATES RESET | Sep 20, 2010 | |
| 35 | P'S MOTION TO QUASH | Sep 09, 2010 | |
| 34 | P'S OPPOSITION/RESPONSE TO MOTION | Sep 07, 2010 | |
| 33 | D'S MOTION TO COMPEL DISCOVERY | Aug 27, 2010 | |
| 32 | EXTENSION OF TIME GRANTED | Jul 22, 2010 | |
| 31 | STIPULATION FOR AN EXTENSION OF TIME | Jul 22, 2010 | |
| 30 | ANSWER | Jul 22, 2010 | |
| 29 | RESPONSE DUE 30 DAYS (DUE DATE) | Jun 23, 2010 | Jul 23, 2010 |
| 28 | CHANGE OF CORRESPONDENCE ADDRESS | Feb 09, 2010 | |
| 27 | D'S OPPOSITION/RESPONSE TO MOTION | Jan 19, 2010 | |
| 26 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 07, 2010 | |
| 25 | P'S MOTION TO AMEND PLEADING/AMENDED PLEADING | Jan 04, 2010 | |
| 24 | P'S MOTION TO AMEND PLEADING/AMENDED PLEADING | Jan 04, 2010 | |
| 23 | PL'S MOT. FOR SUMM. JUDGMENT DENIED | Dec 29, 2009 | |
| 22 | P'S REPLY IN SUPPORT OF MOTION | Oct 30, 2009 | |
| 21 | D'S OPPOSITION/RESPONSE TO MOTION | Oct 15, 2009 | |
| 20 | AMENDED ANSWER | Sep 14, 2009 | |
| 19 | SUSPENDED | Aug 17, 2009 | |
| 18 | D'S REPLY IN SUPPORT OF MOTION | May 26, 2009 | |
| 17 | P COMMUNICATION | May 08, 2009 | |
| 16 | P'S OPPOSITION/RESPONSE TO MOTION | May 08, 2009 | |
| 15 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | May 01, 2009 | |

| 14 | D'S RESP2 O'S MSJ-56(F) | Apr 24, 2009 | |
| 13 | D'S MOTION TO COMPEL DISCOVERY | Apr 24, 2009 | |
| 12 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Apr 16, 2009 | |
| 11 | P'S MOTION FOR AN EXTENSION OF TIME | Apr 13, 2009 | |
| 10 | P'S MSJ AND M4LV2 AMEND NOO | Apr 11, 2009 | |
| 9 | Unsigned copy of #10 | Apr 11, 2009 | |
| 8 | TRIAL DATES RESET | Dec 16, 2008 | |
| 7 | D'S MOTION TO COMPEL DISCOVERY | Dec 11, 2008 | |
| 6 | EXTENSION OF TIME GRANTED | Aug 06, 2008 | |
| 5 | STIPULATION FOR AN EXTENSION OF TIME | Aug 06, 2008 | |
| 4 | ANSWER | Jun 12, 2008 | |
| 3 | PENDING, INSTITUTED | May 05, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 05, 2008 | Jun 14, 2008 |
| 1 | FILED AND FEE | May 05, 2008 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91183495 | **Filing Date:** | Apr 11, 2008 |
| **Status:** | Terminated | **Status Date:** | Jul 07, 2008 |
| **Interlocutory Attorney:** | ANN LINNEHAN VOGLER | | |

### Defendant

| | |
|---|---|
| **Name:** | John Robinson Pratt |
| **Correspondent Address:** | John Robinson Pratt<br>501 Hahaione Street, Apt. 9H<br>Honolulu HI UNITED STATES , 96825-1447 |
| **Correspondent e-mail:** | pioneerdigitalmedia@hawaii.rr.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PUNCH IN & OUT | | 77224114 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | Edward O. Ansell<br>Law Office of Edward O. Ansell<br>427 N. Yale Ave.Suite 204<br>Claremont CA UNITED STATES , 91711 |
| **Correspondent e-mail:** | anselaw@verizon.net |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 75137201 | 2285823 |
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 7 | TERMINATED | Jul 07, 2008 | |
| 6 | BD'S DECISION: DISMISSED W/O PREJUDICE | Jul 07, 2008 | |
| 5 | WITHDRAWAL OF OPPOSITION | Jun 07, 2008 | |
| 4 | P'S MOT TO SUSP PEND SETLMT NEGOTIATIONS | Apr 15, 2008 | |
| 3 | PENDING, INSTITUTED | Apr 11, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 11, 2008 | May 21, 2008 |
| 1 | FILED AND FEE | Apr 11, 2008 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| Proceeding Number: | 91165745 | Filing Date: | Jul 04, 2005 |
| Status: | Terminated | Status Date: | Jan 07, 2007 |
| Interlocutory Attorney: | ANDREW P BAXLEY | | |

| Defendant |
|---|

| | |
|---|---|
| Name: | The Original Bono's, Inc. |
| Correspondent Address: | Richard S. Vermut<br>Rogers Towers, P.A.<br>1301 Riverplace Blvd., Suite 1500<br>Jacksonville FL UNITED STATES , 32207 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIG OUT OR PIG IN | | 78411273 | |

| Plaintiff(s) |
|---|

| | |
|---|---|
| Name: | IN-N-OUT BURGERS |
| Correspondent Address: | Edward O. Ansell<br>Law Office of Edward O. Ansell<br>427 N. Yale Ave., #204, POST OFFICE BOX 1163<br>Claremont CA UNITED STATES , 91711 |
| Correspondent e-mail: | anselaw@verizon.net |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 33 | TERMINATED | Jan 04, 2007 | |
| 32 | BOARD'S DECISION: SUSTAINED | Jan 04, 2007 | |
| 31 | WITHDRAWAL OF APPLICATION | Jan 04, 2007 | |
| 30 | TRIAL DATES RESET | Jan 04, 2007 | |
| 29 | P'S MOTION TO COMPEL DISCOVERY | Dec 14, 2006 | |
| 28 | Confidential - P's Mot to Compel | Dec 14, 2006 | |
| 27 | BOARD'S ORDER OPPOSER'S MOTION FOR A PROTECTIVE ORDER EXTENDING TIME TO RESPOND TO THE MOTION TO COM | Oct 04, 2006 | |
| 26 | D'S OPPOSITION/RESPONSE TO MOTION | Oct 03, 2006 | |
| 25 | DEFENDANT'S MOTION TO EXTEND DISCOVERY IS GRANTED TRIAL DATES ARE HEREBY RESET | Sep 21, 2006 | |
| 24 | OPP'S PROTECTIVE ORDER | Sep 18, 2006 | |
| 23 | D'S MOTION TO COMPEL DISCOVERY | Sep 08, 2006 | |
| 22 | STIPULATION FOR AN EXTENSION OF TIME | Sep 08, 2006 | |
| 21 | APPLICANT'S MOTION TO COMPEL AND EXTEND IS DENIED TRIAL DATES ARE RESET | Jun 13, 2006 | |
| 20 | RESPONSE TO MOTION TO COMPEL | Jun 10, 2006 | |
| 19 | SUSPENDED | May 30, 2006 | |
| 18 | D'S MOTION TO COMPEL DISCOVERY | May 26, 2006 | |
| 17 | PAPER RECEIVED AT TTAB | May 15, 2006 | |
| 16 | P'S RESPONSE TO BOARD ORDER/INQUIRY | May 12, 2006 | |
| 15 | PROC RESUMED, T.D. RESET | Apr 16, 2006 | |
| 14 | OPP'S REPLY TO APPL'S RESPONSE | Mar 07, 2006 | |
| 13 | D'S OPPOSITION/RESPONSE TO MOTION | Feb 23, 2006 | |
| 12 | SUSPENDED | Feb 17, 2006 | |
| 11 | MOTION TO COMPEL | Feb 04, 2006 | |
| 10 | PROCEED RESUMED; TRIAL DATE RESET | Dec 02, 2005 | |
| 9 | OTHER FILING | Oct 24, 2005 | |

| 8 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Sep 21, 2005 | |
| 7 | D'S OPPOSITION/RESPONSE TO MOTION | Sep 19, 2005 | |
| 6 | MOTION TO AMEND ANSWER/AMENDED ANSWER OR COUNTERCLAIM | Sep 19, 2005 | |
| 5 | MOTION TO STRIKE RESPONDENT D'S FIRST, THIRD AND FOURTH AFFIRMATIVE DEFENSES | Aug 29, 2005 | |
| 4 | ANSWER | Aug 11, 2005 | |
| 3 | PENDING, INSTITUTED | Jul 05, 2005 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 05, 2005 | Aug 14, 2005 |
| 1 | FILED AND FEE | Jul 04, 2005 | |

## Type of Proceeding: Extension of Time

| | | | |
|---|---|---|---|
| Proceeding Number: | 78411273 | Filing Date: | Mar 18, 2005 |
| Status: | Terminated | Status Date: | Mar 18, 2005 |
| Interlocutory Attorney: | | | |

### Defendant

| | |
|---|---|
| Name: | The Original Bono's, Inc. |
| Correspondent Address: | Thomas C. Saitta<br>Rogers Towers, P.A.<br>1301 Riverplace Blvd. Suite 1500<br>Jacksonville FL UNITED STATES , 32207 |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIG OUT OR PIG IN | | 78411273 | |

### Potential Opposer(s)

| | |
|---|---|
| Name: | City Barbeque, Inc. |
| Correspondent Address: | Melanie Martin-Jones<br>Porter Wright Morris & Arthur, LLP<br>41 S. High StreetSuite 2800<br>Columbus OH UNITED STATES , 43215 |
| Correspondent e-mail: | mmartin-jones@porterwright.com |
| Name: | IN-N-OUT BURGERS |
| Correspondent Address: | Edward O. Ansell<br>Law Office of Edward O. Ansell<br>427 N. Yale Ave., #204P.O. Box 1163<br>Claremont CA UNITED STATES , 91711 |
| Correspondent e-mail: | anselaw@verizon.net |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 9 | TERMINATED | Jul 05, 2005 | |
| 8 | EXTENSION OF TIME GRANTED | May 06, 2005 | |
| 7 | INCOMING - EXT TIME TO OPPOSE FILED | May 06, 2005 | |
| 6 | EXTENSION OF TIME GRANTED | May 05, 2005 | |
| 5 | INCOMING - EXT TIME TO OPPOSE FILED | May 05, 2005 | |
| 4 | EXTENSION OF TIME GRANTED | Apr 07, 2005 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | Apr 07, 2005 | |
| 2 | EXTENSION OF TIME GRANTED | Mar 18, 2005 | |
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Mar 18, 2005 | |

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent Office

Reg. No. 1,085,163
Registered Feb. 7, 1978

## SERVICE MARK
### Principal Register

# IN-N-OUT

In-N-Out Burgers (California corporation)
13502 E. Virginia Ave.
Baldwin Park, Calif.   91706

For: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES, in CLASS 42 (U.S. CL. 100).

First use at least as early as 1949; in commerce at least as early as 1949.

Owner of Reg. Nos. 1,023,506, 1,031,095, and 1,031,-096.

Ser. No. 133,175, filed July 7, 1977.

JOHN C. DEMOS, Supervisory Examiner

DEBORAH KRAMM, Examiner