# EXHIBIT 2

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-06-20 14:08:31 EDT |
| **Mark:** | |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 73624032 | **Application Filing Date:** | Oct. 03, 1986 |
| **US Registration Number:** | 1514036 | **Registration Date:** | Nov. 22, 1988 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Apr. 23, 2018 | | |
| **Publication Date:** | Jun. 07, 1988 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | THE MARK COMPRISES A STYLIZED RENDERING OF A CONTINUOUS BAND OF PALM TREES ABOVE SEVERAL CONTINUOUS WAVY LINES WHICH SUGGEST OCEAN WAVES. |
| **Design Search Code(s):** | 05.01.03 - Palm trees  05.01.10 - More than one tree or bush; thicket; group of trees; Thicket  06.03.03 - Ocean; Ripples (multiple waves); Waves, open sea (multiple waves)  26.17.02 - Bands, wavy; Bars, wavy; Lines, wavy; Wavy line(s), band(s) or bar(s) |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | RESTAURANT SERVICES | | |
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Apr. 15, 1986 | **Use in Commerce:** | Apr. 15, 1986 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |

| | | | |
|---|---|---|---|
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | IN-N-OUT BURGERS |
| **Owner Address:** | 4199 CAMPUS DRIVE<br>NINTH FLOOR<br>IRVINE, CALIFORNIA UNITED STATES 92612 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | VALERIE SARIGUMBA | **Docket Number:** | IOB-22 |
| **Attorney Primary Email Address:** | rblake@innout.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | VALERIE SARIGUMBA<br>IN-N-OUT BURGERS<br>4199 CAMPUS DRIVE, NINTH FLOOR<br>IRVINE, CALIFORNIA UNITED STATES 92612 |
| **Phone:** | 949-509-6291 |
| **Correspondent e-mail:** | rblake@innout.com vsarigumba@innout.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 06, 2020 | NOTICE OF SUIT | |
| Apr. 01, 2020 | NOTICE OF SUIT | |
| Apr. 23, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 23, 2018 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Apr. 23, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 23, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Apr. 12, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| Sep. 27, 2008 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Sep. 27, 2008 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jun. 02, 2008 | RESPONSE RECEIVED TO POST REG. ACTION - SEC. 8 & 9 | |
| Jul. 18, 2008 | CASE FILE IN TICRS | |
| Jun. 02, 2008 | PAPER RECEIVED | |
| May 02, 2008 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | |
| Feb. 28, 2008 | ASSIGNED TO PARALEGAL | |
| Feb. 21, 2008 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Feb. 21, 2008 | PAPER RECEIVED | |
| May 31, 1994 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Feb. 03, 1994 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Nov. 22, 1988 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 07, 1988 | PUBLISHED FOR OPPOSITION | |
| May 06, 1988 | NOTICE OF PUBLICATION | |
| Mar. 23, 1988 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 29, 1987 | FINAL REFUSAL MAILED | |
| Sep. 16, 1987 | NON-FINAL ACTION MAILED | |
| Jun. 15, 1987 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Dec. 18, 1986 | NON-FINAL ACTION MAILED | |
| Dec. 10, 1986 | ASSIGNED TO EXAMINER | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE  **Date in Location:** Apr. 23, 2018

Int. Cl.: 42

Prior U.S. Cl.: 100

Reg. No. 1,514,036

**United States Patent and Trademark Office**  Registered Nov. 22, 1988

## SERVICE MARK
### PRINCIPAL REGISTER



IN-N-OUT BURGERS (CALIFORNIA CORPORATION)
13502 E. VIRGINIA AVE.
BALDWIN PARK, CA 91706

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CL. 100).

FIRST USE 4-15-1986; IN COMMERCE 4-15-1986.

THE MARK COMPRISES A STYLIZED RENDERING OF A CONTINUOUS BAND OF PALM TREES ABOVE SEVERAL CONTINUOUS WAVY LINES WHICH SUGGEST OCEAN WAVES.

SER. NO. 624,032, FILED 10-3-1986.

DOMINICK J. SALEMI, EXAMINING ATTORNEY