# EXHIBIT 3

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-06-20 14:11:44 EDT |
| Mark: | IN-N-OUT BURGER |



| | | | |
|---|---|---|---|
| US Serial Number: | 73724430 | Application Filing Date: | Apr. 25, 1988 |
| US Registration Number: | 1516560 | Registration Date: | Dec. 13, 1988 |
| Register: | Principal | | |
| Mark Type: | Trademark, Service Mark | | |
| TM5 Common Status Descriptor: |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| Status: | The registration has been renewed. | | |
| Status Date: | Mar. 02, 2019 | | |
| Publication Date: | Sep. 20, 1988 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | IN-N-OUT BURGER |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| Description of Mark: | THE MARK COMPRISES THE WORDS "IN-N-OUT BURGER" IN THE COLOR RED SUPERIMPOSED OVER A STYLIZED ARROW OF THE COLOR YELLOW OUTLINED IN RED. |
| Disclaimer: | "BURGER" |
| Design Search Code(s): | 24.15.02 - Arrows forming any other geometric figure  24.15.25 - Other arrows  26.17.12 - Angles (geometric); Chevrons |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 1031095, 1031096, 1023506, 1101638, 1085163, 1101628, 1281821 and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES | | |
| International Class(es): | 029 - Primary Class | U.S Class(es): | 046 |
| Class Status: | ACTIVE | | |
| First Use: | Jun. 1987 | Use in Commerce: | Jun. 1987 |
| For: | HAMBURGER SANDWICHES AND CHEESEBURGER SANDWICHES, HOT COFFEE, AND MILKSHAKES FOR CONSUMPTION ON OR OFF THE PREMISES | | |
| International | 030 - Primary Class | U.S Class(es): | 046 |

| | | | |
|---|---|---|---|
| **Class(es):** | | | |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jun. 1987 | **Use in Commerce:** | Jun. 1987 |
| **For:** | LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES | | |
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jun. 1987 | **Use in Commerce:** | Jun. 1987 |
| **For:** | RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES | | |
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jun. 1987 | **Use in Commerce:** | Jun. 1987 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | IN-N-OUT BURGERS |
| **Owner Address:** | 4199 CAMPUS DRIVE<br>NINTH FLOOR<br>IRVINE, CALIFORNIA UNITED STATES 92612 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Valerie Sarigumba | **Docket Number:** | IOB-27 |
| **Attorney Primary Email Address:** | rblake@innout.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Valerie Sarigumba<br>IN-N-OUT BURGERS<br>4199 Campus Drive, Ninth Floor<br>IRVINE, CALIFORNIA UNITED STATES 92612 |
| **Phone:** | 9495096289 |
| **Correspondent e-mail:** | rblake@innout.com vsarigumba@innout.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 06, 2020 | NOTICE OF SUIT | |
| Apr. 01, 2020 | NOTICE OF SUIT | |
| Mar. 02, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 02, 2019 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Mar. 02, 2019 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |

| | |
|---|---|
| Mar. 02, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Jan. 30, 2019 | TEAS SECTION 8 & 9 RECEIVED |
| Feb. 15, 2017 | NOTICE OF SUIT |
| Feb. 15, 2017 | NOTICE OF SUIT |
| Sep. 19, 2012 | NOTICE OF SUIT |
| May 21, 2012 | NOTICE OF SUIT |
| Jul. 23, 2008 | CASE FILE IN TICRS |
| May 02, 2008 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| May 02, 2008 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Feb. 28, 2008 | ASSIGNED TO PARALEGAL |
| Feb. 21, 2008 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Feb. 21, 2008 | PAPER RECEIVED |
| Jun. 30, 1995 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Nov. 16, 1994 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Dec. 13, 1988 | REGISTERED-PRINCIPAL REGISTER |
| Sep. 20, 1988 | PUBLISHED FOR OPPOSITION |
| Aug. 20, 1988 | NOTICE OF PUBLICATION |
| Jul. 11, 1988 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jun. 22, 1988 | EXAMINER'S AMENDMENT MAILED |
| Jun. 16, 1988 | ASSIGNED TO EXAMINER |
| Jun. 16, 1988 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Mar. 02, 2019

Int. Cls.: 29, 30, 32 and 42

Prior U.S. Cls.: 45, 46 and 100

**United States Patent and Trademark Office**

Reg. No. 1,516,560
Registered Dec. 13, 1988

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



IN-N-OUT BURGERS (CALIFORNIA CORPORATION)
13502 EAST VIRGINIA AVENUE
BALDWIN PARK, CA 91706

FOR: MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 6-0-1987; IN COMMERCE 6-0-1987.

FOR: HAMBURGER SANDWICHES AND CHEESEBURGER SANDWICHES, HOT COFFEE, AND MILKSHAKES FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 6-0-1987; IN COMMERCE 6-0-1987.

FOR: LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 32 (U.S. CL. 45).

FIRST USE 6-0-1987; IN COMMERCE 6-0-1987.

FOR: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES, IN CLASS 42 (U.S. CL. 100).

FIRST USE 6-0-1987; IN COMMERCE 6-0-1987.

OWNER OF U.S. REG. NOS. 1,023,506, 1,281,821 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BURGER", APART FROM THE MARK AS SHOWN.

THE MARK COMPRISES THE WORDS "IN-N-OUT BURGER" IN THE COLOR RED SUPERIMPOSED OVER A STYLIZED ARROW OF THE COLOR YELLOW OUTLINED IN RED.

SER. NO. 724,430, FILED 4-25-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY