# EXHIBIT 4

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-06-20 14:42:16 EDT |
| **Mark:** | IN-N-OUT |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 73738306 | **Application Filing Date:** | Jul. 05, 1988 |
| **US Registration Number:** | 1525982 | **Registration Date:** | Feb. 21, 1989 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Mar. 02, 2019 | | |
| **Publication Date:** | Nov. 29, 1988 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | IN-N-OUT |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Lining and Stippling Statement:** | THE DRAWING IS LINED FOR THE COLORS RED AND YELLOW. |
| **Design Search Code(s):** | 24.15.25 - Other arrows  26.17.12 - Angles (geometric); Chevrons |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 1031095, 1031096, 1023506, 1085163, 1101628, 1281821 and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES | | |
| **International Class(es):** | 029 - Primary Class | **U.S Class(es):** | 046 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Apr. 1988 | **Use in Commerce:** | Apr. 1988 |

| | | | |
|---|---|---|---|
| **For:** | HAMBURGER SANDWICHES AND CHEESEBURGER SANDWICHES, HOT COFFEE, AND MILKSHAKES FOR CONSUMPTION ON OR OFF THE PREMISES | | |
| **International Class(es):** | 030 - Primary Class | **U.S Class(es):** | 046 |

| | | | |
|---|---|---|---|
| **Class Status:** | ACTIVE | | |
| **First Use:** | Apr. 1988 | **Use in Commerce:** | Apr. 1988 |
| **For:** | LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES | | |
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Apr. 1988 | **Use in Commerce:** | Apr. 1988 |
| **For:** | RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES | | |
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Apr. 1987 | **Use in Commerce:** | Apr. 1987 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | IN-N-OUT BURGERS | | |
| **Owner Address:** | 4199 CAMPUS DRIVE, NINTH FLOOR<br>IRVINE, CALIFORNIA UNITED STATES 92612 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Valerie Sarigumba | **Docket Number:** | IOB-30 |
| **Attorney Primary Email Address:** | rblake@innout.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Valerie Sarigumba<br>IN-N-OUT BURGER<br>4199 CAMPUS DRIVE, NINTH FL<br>IRVINE, CALIFORNIA UNITED STATES 92612 | | |
| **Phone:** | 949-509-6289 | **Fax:** | 949-509-6378 |
| **Correspondent e-mail:** | rblake@innout.com vsarigumba@innout.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 06, 2020 | NOTICE OF SUIT | |
| Apr. 01, 2020 | NOTICE OF SUIT | |
| Mar. 02, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 02, 2019 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Mar. 02, 2019 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Feb. 26, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Apr. 04, 2018 | NOTICE OF SUIT | |

| | |
|---|---|
| Mar. 05, 2018 | NOTICE OF SUIT |
| Mar. 16, 2017 | NOTICE OF SUIT |
| Mar. 16, 2017 | NOTICE OF SUIT |
| Feb. 16, 2017 | NOTICE OF SUIT |
| Feb. 16, 2017 | NOTICE OF SUIT |
| Sep. 19, 2012 | NOTICE OF SUIT |
| Jan. 04, 2010 | NOTICE OF SUIT |
| Sep. 08, 2008 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Sep. 08, 2008 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Aug. 20, 2008 | ASSIGNED TO PARALEGAL |
| Aug. 01, 2008 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Aug. 01, 2008 | PAPER RECEIVED |
| Jul. 28, 2008 | CASE FILE IN TICRS |
| Jul. 01, 2008 | NOTICE OF SUIT |
| Jun. 25, 2008 | NOTICE OF SUIT |
| Jun. 16, 2008 | NOTICE OF SUIT |
| Jun. 02, 2008 | NOTICE OF SUIT |
| May 20, 2008 | NOTICE OF SUIT |
| Jun. 30, 1995 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Nov. 16, 1994 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Feb. 21, 1989 | REGISTERED-PRINCIPAL REGISTER |
| Nov. 29, 1988 | PUBLISHED FOR OPPOSITION |
| Oct. 29, 1988 | NOTICE OF PUBLICATION |
| Aug. 17, 1988 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Aug. 15, 1988 | ASSIGNED TO EXAMINER |
| Aug. 15, 1988 | ASSIGNED TO EXAMINER |

# TM Staff and Location Information

| | | | |
|---|---|---|---|
| **TM Staff Information - None** | | | |
| **File Location** | | | |
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Mar. 02, 2019 |

# Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 7 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91252096 | **Filing Date:** | Nov 06, 2019 |
| **Status:** | Terminated | **Status Date:** | Feb 26, 2020 |
| **Interlocutory Attorney:** | MIKE WEBSTER | | |

**Defendant**

| | |
|---|---|
| **Name:** | WinIT proposals, LLC |
| **Correspondent Address:** | SHERRI E BIANCO<br>11314 KINGS VALLEY DRIVE<br>DAMASCUS MD UNITED STATES , 20872 |
| **Correspondent e-mail:** | winit.proposals@gmail.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN & OUT GRAPHIX | | 88333837 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | VALERIE SARIGUMBA<br>4199 CAMPUS DRIVE 9TH FLOOR<br>IRVINE CA UNITED STATES , 92612 |
| **Correspondent e-mail:** | vsarigumba@innout.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 75137201 | 2285823 |
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUTBURGER | | 75158254 | 2285842 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 7 | TERMINATED | Feb 26, 2020 | |
| 6 | BD DECISION: OPP SUSTAINED | Feb 26, 2020 | |
| 5 | W/DRAW OF APPLICATION W/O CONSENT | Feb 17, 2020 | |
| 4 | ANSWER | Nov 24, 2019 | |
| 3 | INSTITUTED | Nov 06, 2019 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Nov 06, 2019 | Dec 16, 2019 |
| 1 | FILED AND FEE | Nov 06, 2019 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91217195 | **Filing Date:** | May 30, 2014 |
| **Status:** | Terminated | **Status Date:** | Sep 23, 2014 |
| **Interlocutory Attorney:** | ROBERT COGGINS | | |

**Defendant**

| | |
|---|---|
| **Name:** | IN-N-OUT Grooming |
| **Correspondent Address:** | IN-N-OUT GROOMING<br>7300 BROMPTON ST , APT 4723<br>HOUSTON TX UNITED STATES , 77025-2166 |
| **Correspondent e-mail:** | Josh.Mica@gmail.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT GROOMING | | 85934540 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | VALERIE SARIGUMBA<br>IN-N-OUT BURGERS<br>4199 CAMPUS DR, 9TH FLOOR<br>IRVINE CA UNITED STATES , 92612 |
| **Correspondent e-mail:** | vsarigumba@innout.com , rblake@innout.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73738305 | 1522799 |

| Mark | | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT BURGER | | 73724456 | 1514689 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 7 | TERMINATED | Sep 23, 2014 | |
| 6 | BD DECISION: DISMISSED W/O PREJ | Sep 23, 2014 | |
| 5 | W/DRAW OF OPPOSITION | Sep 02, 2014 | |
| 4 | W/DRAW OF APPLICATION | Aug 25, 2014 | |
| 3 | PENDING, INSTITUTED | Jul 04, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 04, 2014 | Aug 13, 2014 |
| 1 | FILED AND FEE | May 30, 2014 | |

### Type of Proceeding: Opposition

**Proceeding Number:** 91186958  
**Filing Date:** Oct 14, 2008  
**Status:** Terminated  
**Status Date:** Sep 16, 2009  
**Interlocutory Attorney:** CHERYL S GOODMAN  

#### Defendant

**Name:** Obadia Alain  
**Correspondent Address:** Leonard Budow  
Leonard N Budow PC  
Ste 4613 350 5th Avenue  
New York NY UNITED STATES , 10118-4613  
**Correspondent e-mail:** lb@budowlaw.us  

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN & OUT | | 77283492 | |

#### Plaintiff(s)

**Name:** In-N-Out Burgers  
**Correspondent Address:** Ariana Gallisa  
Pillsbury Winthrop Shaw Pittman LLP  
P.O. Box 7780, Calendar/Docketing Dept.  
San Francisco CA UNITED STATES , 94120-7880  
**Correspondent e-mail:** sftrademarks@pillsburylaw.com , ariana.gallisa@pillsburylaw.com  

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT | | 75137201 | 2285823 |
| IN 'N' OUT | | 72389754 | 930203 |
| ENTRADA-Y-SALIDA | | 74599705 | 2048138 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 13 | TERMINATED | Sep 16, 2009 | |

| | | | |
|---|---|---|---|
| 12 | BOARD'S DECISION: SUSTAINED | Sep 16, 2009 | |
| 11 | WITHDRAWAL OF APPLICATION | Sep 15, 2009 | |
| 10 | CHANGE OF CORRESPONDENCE ADDRESS | Aug 21, 2009 | |
| 9 | APPEARANCE | Aug 21, 2009 | |
| 8 | SUSPENDED | Jul 07, 2009 | |
| 7 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jul 07, 2009 | |
| 6 | ANSWER | Jan 20, 2009 | |
| 5 | EXTENSION OF TIME GRANTED | Oct 24, 2008 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Oct 24, 2008 | |
| 3 | PENDING, INSTITUTED | Oct 14, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 14, 2008 | Nov 23, 2008 |
| 1 | FILED AND FEE | Oct 14, 2008 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91186018 | **Filing Date:** | Aug 16, 2008 |
| **Status:** | Terminated | **Status Date:** | May 28, 2009 |
| **Interlocutory Attorney:** | MARY CATHERINE FAINT | | |

### Defendant

| | |
|---|---|
| **Name:** | Brian Quaglia and Sandra Quaglia |
| **Correspondent Address:** | Brian Quaglia<br>77 Peck Street<br>Rehoboth MA UNITED STATES , 02886 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN & OUT | | 76687302 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | Edward O. Ansell<br>Law Office of Edward O. Ansell<br>427 N. Yale Avenue, Suite 204<br>Claremont CA UNITED STATES , 91711 |
| **Correspondent e-mail:** | anselaw@verizon.net |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 75137201 | 2285823 |
| IN-N-OUT BURGER | | 73724456 | 1514689 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 18 | TERMINATED | May 28, 2009 | |
| 17 | BOARD'S DECISION: SUSTAINED | May 28, 2009 | |
| 16 | COPY #15 | May 26, 2009 | |
| 15 | WITHDRAWAL OF APPLICATION | May 21, 2009 | |
| 14 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | May 05, 2009 | |
| 13 | P'S MOTION FOR SUMMARY JUDGMENT | Apr 28, 2009 | |

| | | | |
|---|---|---|---|
| 12 | D'S UNDELIVERABLE MAIL | Apr 13, 2009 | |
| 11 | P'S RESPONSE TO BOARD ORDER/INQUIRY | Apr 09, 2009 | |
| 10 | TRIAL DATES SET | Apr 03, 2009 | |
| 9 | COPY #8 W/CERTIFICATE OF SERVICE | Apr 01, 2009 | |
| 8 | P'S MOTION TO JOIN INDISPENSIBLE PARTY | Mar 30, 2009 | |
| 7 | TRIAL DATES RESET | Mar 13, 2009 | |
| 6 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Oct 10, 2008 | |
| 5 | P'S OPPOSITION/RESPONSE TO MOTION | Sep 26, 2008 | |
| 4 | ANSWER | Sep 15, 2008 | |
| 3 | PENDING, INSTITUTED | Aug 26, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 26, 2008 | Oct 05, 2008 |
| 1 | FILED AND FEE | Aug 16, 2008 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91183888 | **Filing Date:** | May 05, 2008 |
| **Status:** | Terminated | **Status Date:** | Jun 13, 2013 |
| **Interlocutory Attorney:** | ANN LINNEHAN VOGLER | | |

### Defendant

| | |
|---|---|
| **Name:** | Fast Lane Car Wash & Lube, L.L.C. |
| **Correspondent Address:** | RICHARD L SCHNAKE<br>THE LAW FIRM OF NEALE & NEWMAN LLP<br>PO BOX 10327<br>SPRINGFIELD MO UNITED STATES , 65808-0327 |
| **Correspondent e-mail:** | DWooten@nnlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN & OUT CAR WASH | | 77234104 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | ROBERT J LAUSON<br>LAUSON AND TARVER LLP<br>880 APOLLO STREET, SUITE 301<br>EL SEGUNDO CA UNITED STATES , 90245 |
| **Correspondent e-mail:** | bob@lauson.com , edwin@lauson.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT BURGER | | 73724456 | 1514689 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |
| IN-N-OUT BURGER | | 76669013 | 3367471 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 84 | TERMINATED | Jun 13, 2013 | |
| 83 | BD DECISION: DISMISSED | Mar 14, 2013 | |
| 82 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 81 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |

| | | | |
|---|---|---|---|
| 80 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 79 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 78 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 77 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS 862-879 | Nov 07, 2011 | |
| 76 | SUBMITTED ON BRIEF | Apr 11, 2012 | |
| 75 | PLAINTIFF'S NOTICE OF RELIANCE | Apr 04, 2012 | |
| 74 | P'S REBUTTAL BRIEF | Apr 02, 2012 | |
| 73 | FINAL BRIEF ON MERITS FOR DEFENDANT(S) | Mar 16, 2012 | |
| 72 | BRIEF ON MERITS FOR PLAINTIFF | Feb 14, 2012 | |
| 71 | P'S NOTICE OF TAKING TESTIMONY | Feb 07, 2012 | |
| 70 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 03, 2012 | |
| 69 | PLAINTIFF'S NOTICE OF RELIANCE | Dec 28, 2011 | |
| 68 | PLAINTIFF'S NOTICE OF RELIANCE | Dec 16, 2011 | |
| 67 | PLAINTIFF'S NOTICE OF RELIANCE | Dec 28, 2011 | |
| 66 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 65 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 64 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 63 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 62 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 61 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 60 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 59 | TESTIMONY FOR DEFENDANT | Nov 18, 2011 | |
| 58 | TESTIMONY FOR DEFENDANT | Nov 18, 2011 | |
| 57 | P'S REBUTTAL PRETRIAL DISCLOSURES | Nov 17, 2011 | |
| 56 | D'S NOTICE OF DEPOSITIONS | Oct 21, 2011 | |
| 55 | D'S PRETRIAL DISCLOSURES | Sep 16, 2011 | |
| 54 | PLAINTIFF'S NOTICE OF RELIANCE | Sep 09, 2011 | |
| 53 | PLAINTIFF'S NOTICE OF RELIANCE | Sep 09, 2011 | |
| 52 | EXTENSION OF TIME GRANTED | Jun 17, 2011 | |
| 51 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Jun 17, 2011 | |
| 50 | EXTENSION OF TIME GRANTED | May 19, 2011 | |
| 49 | STIPULATION FOR AN EXTENSION OF TIME | May 19, 2011 | |
| 48 | EXTENSION OF TIME GRANTED | Apr 11, 2011 | |
| 47 | STIPULATION FOR AN EXTENSION OF TIME | Apr 11, 2011 | |
| 46 | EXTENSION OF TIME GRANTED | Mar 17, 2011 | |
| 45 | STIPULATION FOR AN EXTENSION OF TIME | Mar 17, 2011 | |
| 44 | BOARD'S ORDER TRIAL DATES REMAIN AS PREVIOUSLY SET | Feb 28, 2011 | |
| 43 | APPEARANCE | Feb 25, 2011 | |
| 42 | EXTENSION OF TIME GRANTED | Feb 18, 2011 | |
| 41 | STIPULATION FOR AN EXTENSION OF TIME | Feb 18, 2011 | |
| 40 | EXTENSION OF TIME GRANTED | Jan 19, 2011 | |
| 39 | STIPULATION FOR AN EXTENSION OF TIME | Jan 19, 2011 | |
| 38 | EXTENSION OF TIME GRANTED | Oct 28, 2010 | |
| 37 | STIPULATION FOR AN EXTENSION OF TIME | Oct 28, 2010 | |
| 36 | D'S MOTION TO CONDUCT DEPO BY VIDEO CONFERENCE GRANTED/REMAINING TRIAL DATES RESET | Sep 20, 2010 | |
| 35 | P'S MOTION TO QUASH | Sep 09, 2010 | |
| 34 | P'S OPPOSITION/RESPONSE TO MOTION | Sep 07, 2010 | |
| 33 | D'S MOTION TO COMPEL DISCOVERY | Aug 27, 2010 | |
| 32 | EXTENSION OF TIME GRANTED | Jul 22, 2010 | |
| 31 | STIPULATION FOR AN EXTENSION OF TIME | Jul 22, 2010 | |
| 30 | ANSWER | Jul 22, 2010 | |
| 29 | RESPONSE DUE 30 DAYS (DUE DATE) | Jun 23, 2010 | Jul 23, 2010 |
| 28 | CHANGE OF CORRESPONDENCE ADDRESS | Feb 09, 2010 | |
| 27 | D'S OPPOSITION/RESPONSE TO MOTION | Jan 19, 2010 | |
| 26 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 07, 2010 | |

| | | | |
|---|---|---|---|
| 25 | P'S MOTION TO AMEND PLEADING/AMENDED PLEADING | Jan 04, 2010 | |
| 24 | P'S MOTION TO AMEND PLEADING/AMENDED PLEADING | Jan 04, 2010 | |
| 23 | PL'S MOT. FOR SUMM. JUDGMENT DENIED | Dec 29, 2009 | |
| 22 | P'S REPLY IN SUPPORT OF MOTION | Oct 30, 2009 | |
| 21 | D'S OPPOSITION/RESPONSE TO MOTION | Oct 15, 2009 | |
| 20 | AMENDED ANSWER | Sep 14, 2009 | |
| 19 | SUSPENDED | Aug 17, 2009 | |
| 18 | D'S REPLY IN SUPPORT OF MOTION | May 26, 2009 | |
| 17 | P COMMUNICATION | May 08, 2009 | |
| 16 | P'S OPPOSITION/RESPONSE TO MOTION | May 08, 2009 | |
| 15 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | May 01, 2009 | |
| 14 | D'S RESP2 O'S MSJ-56(F) | Apr 24, 2009 | |
| 13 | D'S MOTION TO COMPEL DISCOVERY | Apr 24, 2009 | |
| 12 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Apr 16, 2009 | |
| 11 | P'S MOTION FOR AN EXTENSION OF TIME | Apr 13, 2009 | |
| 10 | P'S MSJ AND M4LV2 AMEND NOO | Apr 11, 2009 | |
| 9 | Unsigned copy of #10 | Apr 11, 2009 | |
| 8 | TRIAL DATES RESET | Dec 16, 2008 | |
| 7 | D'S MOTION TO COMPEL DISCOVERY | Dec 11, 2008 | |
| 6 | EXTENSION OF TIME GRANTED | Aug 06, 2008 | |
| 5 | STIPULATION FOR AN EXTENSION OF TIME | Aug 06, 2008 | |
| 4 | ANSWER | Jun 12, 2008 | |
| 3 | PENDING, INSTITUTED | May 05, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 05, 2008 | Jun 14, 2008 |
| 1 | FILED AND FEE | May 05, 2008 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91183495 | **Filing Date:** | Apr 11, 2008 |
| **Status:** | Terminated | **Status Date:** | Jul 07, 2008 |
| **Interlocutory Attorney:** | ANN LINNEHAN VOGLER | | |

### Defendant

| | |
|---|---|
| **Name:** | John Robinson Pratt |
| **Correspondent Address:** | John Robinson Pratt<br>501 Hahaione Street, Apt. 9H<br>Honolulu HI UNITED STATES , 96825-1447 |
| **Correspondent e-mail:** | pioneerdigitalmedia@hawaii.rr.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PUNCH IN & OUT | | 77224114 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | Edward O. Ansell<br>Law Office of Edward O. Ansell<br>427 N. Yale Ave.Suite 204<br>Claremont CA UNITED STATES , 91711 |
| **Correspondent e-mail:** | anselaw@verizon.net |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 75137201 | 2285823 |
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73738305 | 1522799 |

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73738306 | 1525982 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 7 | TERMINATED | Jul 07, 2008 | |
| 6 | BD'S DECISION: DISMISSED W/O PREJUDICE | Jul 07, 2008 | |
| 5 | WITHDRAWAL OF OPPOSITION | Jun 07, 2008 | |
| 4 | P'S MOT TO SUSP PEND SETLMT NEGOTIATIONS | Apr 15, 2008 | |
| 3 | PENDING, INSTITUTED | Apr 11, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 11, 2008 | May 21, 2008 |
| 1 | FILED AND FEE | Apr 11, 2008 | |

### Type of Proceeding: Opposition

| | |
|---|---|
| **Proceeding Number:** | 91162034 |
| **Filing Date:** | Aug 20, 2004 |
| **Status:** | Terminated |
| **Status Date:** | Sep 09, 2004 |
| **Interlocutory Attorney:** | LINDA M SKORO |

#### Defendant

| | |
|---|---|
| **Name:** | Esquire Ltd., Inc. |
| **Correspondent Address:** | Edward J. Quirk<br>Quirk & Tratos<br>3773 Howard Hughes Parkway Suite 500 Nor<br>Las Vegas NV UNITED STATES , 89109 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN AND OUT | | 78266610 | |

#### Plaintiff(s)

| | |
|---|---|
| **Name:** | IN-N-OUT BURGERS |
| **Correspondent Address:** | EDWARD O. ANSELL<br>427 N. YALE AVENUE, #204<br>CLAREMONT CA UNITED STATES , 91711-4340 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73738306 | 1525982 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 11 | TERMINATED | Jan 29, 2005 | |
| 10 | BOARD'S DECISION: SUSTAINED | Jan 26, 2005 | |
| 9 | PL mot for judgement | Jan 10, 2005 | |
| 8 | VOLUNTARY SURRENDER OF REGISTRATION | Dec 29, 2004 | |
| 7 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 13, 2004 | |
| 6 | DEF'S MOTION FOR EXT APPROVED | Oct 28, 2004 | |
| 5 | ANSWER | Oct 25, 2004 | |
| 4 | OTHER FILING | Oct 18, 2004 | |
| 3 | PENDING, INSTITUTED | Sep 09, 2004 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 09, 2004 | Oct 19, 2004 |
| 1 | FILED AND FEE | Aug 20, 2004 | |

Int. Cls.: **29, 30, 32 and 42**

Prior U.S. Cls.: **45, 46 and 100**

**United States Patent and Trademark Office**

Reg. No. 1,525,982
Registered Feb. 21, 1989

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

IN-N-OUT BURGERS (CALIFORNIA CORPORATION)
13502 EAST VIRGINIA AVENUE
BALDWIN PARK, CA 91706

FOR: MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 4-0-1988; IN COMMERCE 4-0-1988.

FOR: HAMBURGER SANDWICHES AND CHEESEBURGER SANDWICHES, HOT COFFEE, AND MILKSHAKES FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 4-0-1988; IN COMMERCE 4-0-1988.

FOR: LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 32 (U.S. CL. 45).

FIRST USE 4-0-1988; IN COMMERCE 4-0-1988.

FOR: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES, IN CLASS 42 (U.S. CL. 100).

FIRST USE 4-0-1987; IN COMMERCE 4-0-1987.

OWNER OF U.S. REG. NOS. 1,023,506, 1,281,821 AND OTHERS.

THE DRAWING IS LINED FOR THE COLORS RED AND YELLOW.

SER. NO. 738,306, FILED 7-5-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY