# EXHIBIT 5

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-06-20 14:43:05 EDT |
| **Mark:** |  |
| **US Serial Number:** | 74593281 |
| **Application Filing Date:** | Oct. 28, 1994 |
| **US Registration Number:** | 1935301 |
| **Registration Date:** | Nov. 14, 1995 |
| **Register:** | Principal |
| **Mark Type:** | Trademark |
| **TM5 Common Status Descriptor:** |  LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. |
| **Status Date:** | Apr. 11, 2015 |
| **Publication Date:** | Aug. 22, 1995 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark comprises a stylized rendering of a continuous line of palm trees. |
| **Design Search Code(s):** | 05.01.03 - Palm trees  05.01.10 - More than one tree or bush; thicket; group of trees; Thicket  26.13.13 - Quadrilateral (two quadrilaterals); Two quadrilaterals  26.13.21 - Quadrilaterals that are completely or partially shaded |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 1514036, 1507389 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | French fried potatoes for consumption on and off the premises | | |
| **International Class(es):** | 029 - Primary Class | **U.S Class(es):** | 046 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Dec. 1991 | **Use in Commerce:** | Dec. 1991 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | IN-N-OUT BURGERS |
| **Owner Address:** | 4199 Campus Drive, NINTH FLOOR<br>Irvine, CALIFORNIA UNITED STATES 92612 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | ARNOLD M WENSINGER | **Docket Number:** | IOB 54 |
| **Attorney Primary Email Address:** | rblake@innout.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | ARNOLD M WENSINGER<br>IN-N-OUT BURGERS<br>4199 CAMPUS DR FL 9<br>IRVINE, CALIFORNIA UNITED STATES 92612 |
| **Phone:** | (949) 509-6289 |
| **Correspondent e-mail:** | rblake@innout.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 14, 2024 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| May 06, 2020 | NOTICE OF SUIT | |
| Apr. 01, 2020 | NOTICE OF SUIT | |
| Apr. 11, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 11, 2015 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Apr. 11, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 11, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Mar. 27, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 07, 2005 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jun. 07, 2005 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jun. 07, 2005 | ASSIGNED TO PARALEGAL | |
| Apr. 14, 2005 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Apr. 14, 2005 | PAPER RECEIVED | |
| Jun. 26, 2001 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Apr. 18, 2001 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Nov. 14, 1995 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 22, 1995 | PUBLISHED FOR OPPOSITION | |
| Jul. 21, 1995 | NOTICE OF PUBLICATION | |
| May 09, 1995 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 26, 1995 | EXAMINER'S AMENDMENT MAILED | |
| Apr. 17, 1995 | ASSIGNED TO EXAMINER | |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:**  GENERIC WEB UPDATE                    **Date in Location:**  Apr. 11, 2015

Int. Cl.: 29

Prior U.S. Cl.: 46

Reg. No. 1,935,301

**United States Patent and Trademark Office**  Registered Nov. 14, 1995

## TRADEMARK
## PRINCIPAL REGISTER



IN-N-OUT BURGERS (CALIFORNIA CORPORATION)
4199 CAMPUS DRIVE
IRVINE, CA 92715

FOR: FRENCH FRIED POTATOES FOR CONSUMPTION ON AND OFF THE PREMISES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 12-0-1991; IN COMMERCE 12-0-1991.

OWNER OF U.S. REG. NOS. 1,507,389 AND 1,514,036.

THE MARK COMPRISES A STYLIZED RENDERING OF A CONTINUOUS LINE OF PALM TREES.

SER. NO. 74-593,281, FILED 10-28-1994.

JULIA S. SHIELDS, EXAMINING ATTORNEY