# EXHIBIT 6

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-06-20 14:57:35 EDT |
| Mark: | IN-N-OUT BURGER |



| | | | |
|---|---|---|---|
| US Serial Number: | 74622923 | Application Filing Date: | Jan. 19, 1995 |
| US Registration Number: | 1960015 | Registration Date: | Mar. 05, 1996 |
| Register: | Principal | | |
| Mark Type: | Trademark, Service Mark | | |
| TM5 Common Status Descriptor: |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| Status: | The registration has been renewed. | | |
| Status Date: | Aug. 20, 2015 | | |
| Publication Date: | Sep. 19, 1995 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | IN-N-OUT BURGER |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| Description of Mark: | The mark comprises the words "IN-N-OUT BURGER" superimposed over a stylized arrow. |
| Design Search Code(s): | 24.15.02 - Arrows forming any other geometric figure |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 1031095, 1031096, 1023506, 1101638, 1085163, 1101628, 1528456, 1516560, 1528455, 1539451, 1525982, 1514689, 1522799 and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | watches | | |
| International Class(es): | 014 - Primary Class | U.S Class(es): | 002, 027, 028, 050 |
| Class Status: | ACTIVE | | |
| First Use: | Aug. 16, 1988 | Use in Commerce: | Aug. 16, 1988 |
| For: | gift certificates | | |
| International Class(es): | 016 - Primary Class | U.S Class(es): | 002, 005, 022, 023, 029, 037, 038, 050 |
| Class Status: | ACTIVE | | |
| First Use: | Oct. 18, 1990 | Use in Commerce: | Oct. 18, 1990 |

| | |
|---|---|
| **For:** | coffee mugs and thermal mugs |
| **International Class(es):** | 021 - Primary Class |
| **U.S Class(es):** | 002, 013, 023, 029, 030, 033, 040, 050 |
| **Class Status:** | ACTIVE |
| **First Use:** | Aug. 16, 1988 |
| **Use in Commerce:** | Aug. 16, 1988 |

| | |
|---|---|
| **For:** | baseball caps, letterman's jackets, and cooks aprons |
| **International Class(es):** | 025 - Primary Class |
| **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE |
| **First Use:** | Aug. 16, 1988 |
| **Use in Commerce:** | Aug. 16, 1988 |

| | |
|---|---|
| **For:** | retail and mail order services featuring watches, novelty jewelry, key rings, drinking utensils, clothing, aprons and sporting equipment |
| **International Class(es):** | 042 - Primary Class |
| **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE |
| **First Use:** | Aug. 16, 1988 |
| **Use in Commerce:** | Aug. 16, 1988 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | In-N-Out Burgers |
| **Owner Address:** | 4199 Campus Drive<br>9th Floor<br>Irvine, CALIFORNIA UNITED STATES 92612 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | ARNOLD M WENSINGER | **Docket Number:** | IOB 45 |
| **Attorney Primary Email Address:** | rblake@innout.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | ARNOLD M WENSINGER<br>IN-N-OUT BURGERS<br>4199 CAMPUS DR 9TH FL<br>IRVINE, CALIFORNIA UNITED STATES 92612 |
| **Phone:** | (949) 509-6289 |
| **Correspondent e-mail:** | rblake@innout.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 05, 2025 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Aug. 20, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Aug. 20, 2015 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |

| Date | Event |
|---|---|
| Aug. 20, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Aug. 20, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Jul. 27, 2015 | TEAS SECTION 8 & 9 RECEIVED |
| Sep. 19, 2012 | NOTICE OF SUIT |
| Aug. 14, 2006 | CASE FILE IN TICRS |
| Feb. 02, 2006 | CASE FILE IN TICRS |
| Nov. 03, 2005 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Nov. 03, 2005 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Nov. 03, 2005 | ASSIGNED TO PARALEGAL |
| Apr. 14, 2005 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Apr. 14, 2005 | PAPER RECEIVED |
| Jun. 08, 2001 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Mar. 21, 2001 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Mar. 21, 2001 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Mar. 05, 1996 | REGISTERED-PRINCIPAL REGISTER |
| Sep. 19, 1995 | PUBLISHED FOR OPPOSITION |
| Aug. 19, 1995 | NOTICE OF PUBLICATION |
| Jul. 09, 1995 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jun. 27, 1995 | ASSIGNED TO EXAMINER |
| May 11, 1995 | CORRESPONDENCE RECEIVED IN LAW OFFICE |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** GENERIC WEB UPDATE  **Date in Location:** Aug. 20, 2015

## Proceedings

**Summary**

**Number of Proceedings:** 4

**Type of Proceeding: Opposition**

**Proceeding Number:** 91217195  **Filing Date:** May 30, 2014
**Status:** Terminated  **Status Date:** Sep 23, 2014
**Interlocutory Attorney:** ROBERT COGGINS

**Defendant**

**Name:** IN-N-OUT Grooming
**Correspondent Address:** IN-N-OUT GROOMING
7300 BROMPTON ST , APT 4723
HOUSTON TX UNITED STATES , 77025-2166
**Correspondent e-mail:** Josh.Mica@gmail.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT GROOMING | | 85934540 | |

**Plaintiff(s)**

**Name:** In-N-Out Burgers
**Correspondent Address:** VALERIE SARIGUMBA
IN-N-OUT BURGERS
4199 CAMPUS DR, 9TH FLOOR
IRVINE CA UNITED STATES , 92612
**Correspondent e-mail:** vsarigumba@innout.com , rblake@innout.com

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT BURGER | | 73724456 | 1514689 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 7 | TERMINATED | Sep 23, 2014 | |
| 6 | BD DECISION: DISMISSED W/O PREJ | Sep 23, 2014 | |
| 5 | W/DRAW OF OPPOSITION | Sep 02, 2014 | |
| 4 | W/DRAW OF APPLICATION | Aug 25, 2014 | |
| 3 | PENDING, INSTITUTED | Jul 04, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 04, 2014 | Aug 13, 2014 |
| 1 | FILED AND FEE | May 30, 2014 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91188062  
**Filing Date:** Dec 17, 2008  
**Status:** Terminated  
**Status Date:** Mar 23, 2009  
**Interlocutory Attorney:** ANGELA LYKOS

### Defendant

**Name:** GREAT BUYS, INC.  
**Correspondent Address:** GREGG ZEGARELLI  
ZEGARELLI LAW GROUP  
429 FORBES AVE STE 1212  
PITTSBURGH PA UNITED STATES , 15219-1625  
**Correspondent e-mail:** mailroom.grz@zegarelli.com

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| INOUT DEALS | | 77475624 | |

### Plaintiff(s)

**Name:** In-N-Out Burgers  
**Correspondent Address:** Margaret Niver McGann  
Parsons Behle & Latimer  
201 South Main Street, Suite 1800  
Salt Lake City UT UNITED STATES , 84111  
**Correspondent e-mail:** mmcgann@parsonsbehle.com , cjohns@parsonsbehle.com , jwhite@parsonsbehle.com

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT | | 75137201 | 2285823 |
| IN 'N' OUT | | 72389754 | 930203 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |

| | Prosecution History | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 7 | TERMINATED | Mar 23, 2009 | |
| 6 | BOARD'S DECISION: SUSTAINED | Mar 23, 2009 | |
| 5 | ABANDONMENT | Mar 20, 2009 | |
| 4 | ANSWER | Jan 14, 2009 | |
| 3 | PENDING, INSTITUTED | Dec 17, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 17, 2008 | Jan 26, 2009 |
| 1 | FILED AND FEE | Dec 17, 2008 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91186018  
**Filing Date:** Aug 16, 2008  
**Status:** Terminated  
**Status Date:** May 28, 2009  
**Interlocutory Attorney:** MARY CATHERINE FAINT

### Defendant

**Name:** Brian Quaglia and Sandra Quaglia  
**Correspondent Address:** Brian Quaglia  
77 Peck Street  
Rehoboth MA UNITED STATES , 02886

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN & OUT | | 76687302 | |

### Plaintiff(s)

**Name:** In-N-Out Burgers  
**Correspondent Address:** Edward O. Ansell  
Law Office of Edward O. Ansell  
427 N. Yale Avenue, Suite 204  
Claremont CA UNITED STATES , 91711  
**Correspondent e-mail:** anselaw@verizon.net

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 75137201 | 2285823 |
| IN-N-OUT BURGER | | 73724456 | 1514689 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |

| | Prosecution History | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 18 | TERMINATED | May 28, 2009 | |
| 17 | BOARD'S DECISION: SUSTAINED | May 28, 2009 | |
| 16 | COPY #15 | May 26, 2009 | |
| 15 | WITHDRAWAL OF APPLICATION | May 21, 2009 | |
| 14 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | May 05, 2009 | |
| 13 | P'S MOTION FOR SUMMARY JUDGMENT | Apr 28, 2009 | |
| 12 | D'S UNDELIVERABLE MAIL | Apr 13, 2009 | |
| 11 | P'S RESPONSE TO BOARD ORDER/INQUIRY | Apr 09, 2009 | |
| 10 | TRIAL DATES SET | Apr 03, 2009 | |

| | | | |
|---|---|---|---|
| 9 | COPY #8 W/CERTIFICATE OF SERVICE | Apr 01, 2009 | |
| 8 | P'S MOTION TO JOIN INDISPENSIBLE PARTY | Mar 30, 2009 | |
| 7 | TRIAL DATES RESET | Mar 13, 2009 | |
| 6 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Oct 10, 2008 | |
| 5 | P'S OPPOSITION/RESPONSE TO MOTION | Sep 26, 2008 | |
| 4 | ANSWER | Sep 15, 2008 | |
| 3 | PENDING, INSTITUTED | Aug 26, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 26, 2008 | Oct 05, 2008 |
| 1 | FILED AND FEE | Aug 16, 2008 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91183888 | **Filing Date:** | May 05, 2008 |
| **Status:** | Terminated | **Status Date:** | Jun 13, 2013 |
| **Interlocutory Attorney:** | ANN LINNEHAN VOGLER | | |

### Defendant

| | |
|---|---|
| **Name:** | Fast Lane Car Wash & Lube, L.L.C. |
| **Correspondent Address:** | RICHARD L SCHNAKE<br>THE LAW FIRM OF NEALE & NEWMAN LLP<br>PO BOX 10327<br>SPRINGFIELD MO UNITED STATES , 65808-0327 |
| **Correspondent e-mail:** | DWooten@nnlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN & OUT CAR WASH | | 77234104 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | ROBERT J LAUSON<br>LAUSON AND TARVER LLP<br>880 APOLLO STREET, SUITE 301<br>EL SEGUNDO CA UNITED STATES , 90245 |
| **Correspondent e-mail:** | bob@lauson.com , edwin@lauson.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT BURGER | | 73724456 | 1514689 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |
| IN-N-OUT BURGER | | 76669013 | 3367471 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 84 | TERMINATED | Jun 13, 2013 | |
| 83 | BD DECISION: DISMISSED | Mar 14, 2013 | |
| 82 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 81 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 80 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 79 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 78 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |

| | | | |
|---|---|---|---|
| 77 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS 862-879 | Nov 07, 2011 | |
| 76 | SUBMITTED ON BRIEF | Apr 11, 2012 | |
| 75 | PLAINTIFF'S NOTICE OF RELIANCE | Apr 04, 2012 | |
| 74 | P'S REBUTTAL BRIEF | Apr 02, 2012 | |
| 73 | FINAL BRIEF ON MERITS FOR DEFENDANT(S) | Mar 16, 2012 | |
| 72 | BRIEF ON MERITS FOR PLAINTIFF | Feb 14, 2012 | |
| 71 | P'S NOTICE OF TAKING TESTIMONY | Feb 07, 2012 | |
| 70 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 03, 2012 | |
| 69 | PLAINTIFF'S NOTICE OF RELIANCE | Dec 28, 2011 | |
| 68 | PLAINTIFF'S NOTICE OF RELIANCE | Dec 16, 2011 | |
| 67 | PLAINTIFF'S NOTICE OF RELIANCE | Dec 28, 2011 | |
| 66 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 65 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 64 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 63 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 62 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 61 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 60 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 59 | TESTIMONY FOR DEFENDANT | Nov 18, 2011 | |
| 58 | TESTIMONY FOR DEFENDANT | Nov 18, 2011 | |
| 57 | P'S REBUTTAL PRETRIAL DISCLOSURES | Nov 17, 2011 | |
| 56 | D'S NOTICE OF DEPOSITIONS | Oct 21, 2011 | |
| 55 | D'S PRETRIAL DISCLOSURES | Sep 16, 2011 | |
| 54 | PLAINTIFF'S NOTICE OF RELIANCE | Sep 09, 2011 | |
| 53 | PLAINTIFF'S NOTICE OF RELIANCE | Sep 09, 2011 | |
| 52 | EXTENSION OF TIME GRANTED | Jun 17, 2011 | |
| 51 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Jun 17, 2011 | |
| 50 | EXTENSION OF TIME GRANTED | May 19, 2011 | |
| 49 | STIPULATION FOR AN EXTENSION OF TIME | May 19, 2011 | |
| 48 | EXTENSION OF TIME GRANTED | Apr 11, 2011 | |
| 47 | STIPULATION FOR AN EXTENSION OF TIME | Apr 11, 2011 | |
| 46 | EXTENSION OF TIME GRANTED | Mar 17, 2011 | |
| 45 | STIPULATION FOR AN EXTENSION OF TIME | Mar 17, 2011 | |
| 44 | BOARD'S ORDER TRIAL DATES REMAIN AS PREVIOUSLY SET | Feb 28, 2011 | |
| 43 | APPEARANCE | Feb 25, 2011 | |
| 42 | EXTENSION OF TIME GRANTED | Feb 18, 2011 | |
| 41 | STIPULATION FOR AN EXTENSION OF TIME | Feb 18, 2011 | |
| 40 | EXTENSION OF TIME GRANTED | Jan 19, 2011 | |
| 39 | STIPULATION FOR AN EXTENSION OF TIME | Jan 19, 2011 | |
| 38 | EXTENSION OF TIME GRANTED | Oct 28, 2010 | |
| 37 | STIPULATION FOR AN EXTENSION OF TIME | Oct 28, 2010 | |
| 36 | D'S MOTION TO CONDUCT DEPO BY VIDEO CONFERENCE GRANTED/REMAINING TRIAL DATES RESET | Sep 20, 2010 | |
| 35 | P'S MOTION TO QUASH | Sep 09, 2010 | |
| 34 | P'S OPPOSITION/RESPONSE TO MOTION | Sep 07, 2010 | |
| 33 | D'S MOTION TO COMPEL DISCOVERY | Aug 27, 2010 | |
| 32 | EXTENSION OF TIME GRANTED | Jul 22, 2010 | |
| 31 | STIPULATION FOR AN EXTENSION OF TIME | Jul 22, 2010 | |
| 30 | ANSWER | Jul 22, 2010 | |
| 29 | RESPONSE DUE 30 DAYS (DUE DATE) | Jun 23, 2010 | Jul 23, 2010 |
| 28 | CHANGE OF CORRESPONDENCE ADDRESS | Feb 09, 2010 | |
| 27 | D'S OPPOSITION/RESPONSE TO MOTION | Jan 19, 2010 | |
| 26 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 07, 2010 | |
| 25 | P'S MOTION TO AMEND PLEADING/AMENDED PLEADING | Jan 04, 2010 | |
| 24 | P'S MOTION TO AMEND PLEADING/AMENDED PLEADING | Jan 04, 2010 | |
| 23 | PL'S MOT. FOR SUMM. JUDGMENT DENIED | Dec 29, 2009 | |

| | | | |
|---|---|---|---|
| 22 | P'S REPLY IN SUPPORT OF MOTION | Oct 30, 2009 | |
| 21 | D'S OPPOSITION/RESPONSE TO MOTION | Oct 15, 2009 | |
| 20 | AMENDED ANSWER | Sep 14, 2009 | |
| 19 | SUSPENDED | Aug 17, 2009 | |
| 18 | D'S REPLY IN SUPPORT OF MOTION | May 26, 2009 | |
| 17 | P COMMUNICATION | May 08, 2009 | |
| 16 | P'S OPPOSITION/RESPONSE TO MOTION | May 08, 2009 | |
| 15 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | May 01, 2009 | |
| 14 | D'S RESP2 O'S MSJ-56(F) | Apr 24, 2009 | |
| 13 | D'S MOTION TO COMPEL DISCOVERY | Apr 24, 2009 | |
| 12 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Apr 16, 2009 | |
| 11 | P'S MOTION FOR AN EXTENSION OF TIME | Apr 13, 2009 | |
| 10 | P'S MSJ AND M4LV2 AMEND NOO | Apr 11, 2009 | |
| 9 | Unsigned copy of #10 | Apr 11, 2009 | |
| 8 | TRIAL DATES RESET | Dec 16, 2008 | |
| 7 | D'S MOTION TO COMPEL DISCOVERY | Dec 11, 2008 | |
| 6 | EXTENSION OF TIME GRANTED | Aug 06, 2008 | |
| 5 | STIPULATION FOR AN EXTENSION OF TIME | Aug 06, 2008 | |
| 4 | ANSWER | Jun 12, 2008 | |
| 3 | PENDING, INSTITUTED | May 05, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 05, 2008 | Jun 14, 2008 |
| 1 | FILED AND FEE | May 05, 2008 | |

Int. Cls.: **14, 16, 21, 25 and 42**

Prior U.S. Cls.: **2, 5, 13, 22, 23, 27, 28, 29, 30, 33, 37, 38, 39, 40, 50, 100 and 101**

**United States Patent and Trademark Office**

Reg. No. **1,960,015**
Registered **Mar. 5, 1996**

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



IN-N-OUT BURGERS (CALIFORNIA CORPORATION)
4199 CAMPUS DRIVE
IRVINE, CA 92715

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 8-16-1988; IN COMMERCE 8-16-1988.

FOR: GIFT CERTIFICATES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10-18-1990; IN COMMERCE 10-18-1990.

FOR: COFFEE MUGS AND THERMAL MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).
FIRST USE 8-16-1988; IN COMMERCE 8-16-1988.

FOR: BASEBALL CAPS, LETTERMAN'S JACKETS, AND COOKS APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-16-1988; IN COMMERCE 8-16-1988.

FOR: RETAIL AND MAIL ORDER SERVICES FEATURING WATCHES, NOVELTY JEWELRY, KEY RINGS, DRINKING UTENSILS, CLOTHING, APRONS AND SPORTING EQUIPMENT, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 8-16-1988; IN COMMERCE 8-16-1988.

OWNER OF U.S. REG. NOS. 1,023,506, 1,539,451 AND OTHERS.

THE MARK COMPRISES THE WORDS "IN-N-OUT BURGER" SUPERIMPOSED OVER A STYLIZED ARROW.

SER. NO. 74-622,923, FILED 1-19-1995.

CARYN HINES, EXAMINING ATTORNEY