# EXHIBIT 7

**Generated on:** This page was generated by TSDR on 2025-06-20 15:00:12 EDT

**Mark:**



| | | | |
|---|---|---|---|
| **US Serial Number:** | 75140891 | **Application Filing Date:** | Jul. 29, 1996 |
| **US Registration Number:** | 2106744 | **Registration Date:** | Oct. 21, 1997 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Oct. 16, 2017

**Publication Date:** Jul. 29, 1997

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Design Search Code(s):** 24.15.10 - Arrows, more than one; More than one arrow
24.15.25 - Other arrows
26.11.01 - Rectangles as carriers or rectangles as single or multiple line borders

# Related Properties Information

**Claimed Ownership of US Registrations:** 1646401

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** restaurant services and carry-out restaurant services

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Dec. 1986 | **Use in Commerce:** | Dec. 1986 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** No | | **Currently 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** In-N-Out Burgers

**Owner Address:** 4199 Campus Drive, Ninth Floor
Irvine, CALIFORNIA UNITED STATES 92612

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** CALIFORNIA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Valerie Sarigumba

**Docket Number:** IOB 60

**Attorney Primary Email Address:** rblake@innout.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Valerie Sarigumba
IN-N-OUT BURGERS
4199 Campus Drive, 9th Floor
IRVINE, CALIFORNIA UNITED STATES 92612

**Phone:** 949-509-6289

**Correspondent e-mail:** vsarigumba@innout.com rblake@innout.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 16, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 16, 2017 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Oct. 16, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 16, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Sep. 19, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 30, 2011 | CASE FILE IN TICRS | |
| Feb. 21, 2007 | CASE FILE IN TICRS | |
| Jan. 04, 2007 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jan. 04, 2007 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Dec. 29, 2006 | ASSIGNED TO PARALEGAL | |
| Oct. 27, 2006 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Oct. 27, 2006 | PAPER RECEIVED | |
| May 02, 2003 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Feb. 05, 2003 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Feb. 05, 2003 | PAPER RECEIVED | |
| Oct. 21, 1997 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 29, 1997 | PUBLISHED FOR OPPOSITION | |
| Jun. 27, 1997 | NOTICE OF PUBLICATION | |
| May 08, 1997 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 28, 1997 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 04, 1997 | NON-FINAL ACTION MAILED | |
| Feb. 03, 1997 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Jan. 29, 1997 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 21, 1997 | ASSIGNED TO EXAMINER | |

# TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:**  GENERIC WEB UPDATE                    **Date in Location:**  Oct. 16, 2017

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,106,744

United States Patent and Trademark Office      Registered Oct. 21, 1997

## SERVICE MARK
### PRINCIPAL REGISTER



IN-N-OUT BURGERS (CALIFORNIA CORPORATION)
4199 CAMPUS DRIVE
IRVINE, CA 92715

FOR: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-0-1986; IN COMMERCE 12-0-1986.

OWNER OF U.S. REG. NO. 1,646,401.

SER. NO. 75-140,891, FILED 7-29-1996.

DAX ALVAREZ, EXAMINING ATTORNEY