# EXHIBIT 8

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-06-20 15:01:20 EDT |
| Mark: | IN-N-OUT |

# IN-N-OUT

| | | | |
|---|---|---|---|
| **US Serial Number:** | 75396996 | **Application Filing Date:** | Nov. 28, 1997 |
| **US Registration Number:** | 2217307 | **Registration Date:** | Jan. 12, 1999 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Apr. 19, 2019 | | |
| **Publication Date:** | Oct. 20, 1998 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | IN-N-OUT |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 1031095, 1031096, 1023506, 1101638, 1085163, 1101628 and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | watches | | |
| **International Class(es):** | 014 - Primary Class | **U.S Class(es):** | 002, 027, 028, 050 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Aug. 16, 1988 | **Use in Commerce:** | Aug. 16, 1988 |
| **For:** | decals in the nature of bumper stickers; publications in the nature of house organs; gift certificates | | |
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | 1979 | **Use in Commerce:** | 1979 |
| **For:** | backpacks | | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |
| **Class Status:** | ACTIVE | | |

| | | | |
|---|---|---|---|
| **First Use:** | Apr. 1994 | **Use in Commerce:** | Jul. 1994 |
| **For:** | coffee mugs and thermal mugs | | |
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** | 002, 013, 023, 029, 030, 033, 040, 050 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Aug. 16, 1988 | **Use in Commerce:** | Aug. 16, 1988 |
| **For:** | shirts, baseball caps, letterman's jackets, and cooks aprons | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jan. 20, 1987 | **Use in Commerce:** | Jan. 20, 1987 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | In-N-Out Burgers |
| **Owner Address:** | 4199 Campus Drive, 9th Floor<br>Irvine, CALIFORNIA UNITED STATES 92612 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Valerie Sarigumba | **Docket Number:** | IOB-65 |
| **Attorney Primary Email Address:** | rblake@innout.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Valerie Sarigumba<br>IN-N-OUT BURGER<br>4199 CAMPUS DR 9TH FL<br>IRVINE, CALIFORNIA UNITED STATES 92612 |
| **Phone:** | 9495096289 |
| **Correspondent e-mail:** | vsarigumba@innout.com rblake@innout.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 19, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 19, 2019 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Apr. 19, 2019 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Feb. 19, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jan. 31, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Apr. 04, 2018 | NOTICE OF SUIT | |
| Mar. 05, 2018 | NOTICE OF SUIT | |
| Mar. 16, 2017 | NOTICE OF SUIT | |

| Date | Event |
|---|---|
| Mar. 16, 2017 | NOTICE OF SUIT |
| Feb. 16, 2017 | NOTICE OF SUIT |
| Feb. 16, 2017 | NOTICE OF SUIT |
| May 18, 2011 | CASE FILE IN TICRS |
| Apr. 20, 2011 | CASE FILE IN TICRS |
| Jan. 04, 2010 | NOTICE OF SUIT |
| Oct. 30, 2008 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Oct. 30, 2008 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Oct. 09, 2008 | ASSIGNED TO PARALEGAL |
| Oct. 03, 2008 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Oct. 03, 2008 | PAPER RECEIVED |
| Jun. 16, 2008 | NOTICE OF SUIT |
| Jun. 02, 2008 | NOTICE OF SUIT |
| May 20, 2008 | NOTICE OF SUIT |
| Sep. 01, 2004 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Jul. 21, 2004 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Jan. 12, 1999 | REGISTERED-PRINCIPAL REGISTER |
| Oct. 20, 1998 | PUBLISHED FOR OPPOSITION |
| Sep. 18, 1998 | NOTICE OF PUBLICATION |
| Aug. 04, 1998 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jul. 23, 1998 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Apr. 19, 2019 |

## Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 9 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91252096 | **Filing Date:** | Nov 06, 2019 |
| **Status:** | Terminated | **Status Date:** | Feb 26, 2020 |
| **Interlocutory Attorney:** | MIKE WEBSTER | | |

**Defendant**

| | |
|---|---|
| **Name:** | WinIT proposals, LLC |
| **Correspondent Address:** | SHERRI E BIANCO<br>11314 KINGS VALLEY DRIVE<br>DAMASCUS MD UNITED STATES , 20872 |
| **Correspondent e-mail:** | winit.proposals@gmail.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN & OUT GRAPHIX | | 88333837 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | VALERIE SARIGUMBA<br>4199 CAMPUS DRIVE 9TH FLOOR<br>IRVINE CA UNITED STATES , 92612 |
| **Correspondent e-mail:** | vsarigumba@innout.com |

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| IN-N-OUT | | 75137201 | 2285823 |
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUTBURGER | | 75158254 | 2285842 |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 7 | TERMINATED | Feb 26, 2020 | |
| 6 | BD DECISION: OPP SUSTAINED | Feb 26, 2020 | |
| 5 | W/DRAW OF APPLICATION W/O CONSENT | Feb 17, 2020 | |
| 4 | ANSWER | Nov 24, 2019 | |
| 3 | INSTITUTED | Nov 06, 2019 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Nov 06, 2019 | Dec 16, 2019 |
| 1 | FILED AND FEE | Nov 06, 2019 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91217195  
**Filing Date:** May 30, 2014  
**Status:** Terminated  
**Status Date:** Sep 23, 2014  
**Interlocutory Attorney:** ROBERT COGGINS  

### Defendant

**Name:** IN-N-OUT Grooming  
**Correspondent Address:** IN-N-OUT GROOMING  
7300 BROMPTON ST , APT 4723  
HOUSTON TX UNITED STATES , 77025-2166  
**Correspondent e-mail:** Josh.Mica@gmail.com  

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| IN-N-OUT GROOMING | | 85934540 | |

### Plaintiff(s)

**Name:** In-N-Out Burgers  
**Correspondent Address:** VALERIE SARIGUMBA  
IN-N-OUT BURGERS  
4199 CAMPUS DR, 9TH FLOOR  
IRVINE CA UNITED STATES , 92612  
**Correspondent e-mail:** vsarigumba@innout.com , rblake@innout.com  

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT BURGER | | 73724456 | 1514689 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |

| | Prosecution History | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 7 | TERMINATED | Sep 23, 2014 | |
| 6 | BD DECISION: DISMISSED W/O PREJ | Sep 23, 2014 | |
| 5 | W/DRAW OF OPPOSITION | Sep 02, 2014 | |
| 4 | W/DRAW OF APPLICATION | Aug 25, 2014 | |
| 3 | PENDING, INSTITUTED | Jul 04, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 04, 2014 | Aug 13, 2014 |
| 1 | FILED AND FEE | May 30, 2014 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91206796  **Filing Date:** Aug 30, 2012
**Status:** Terminated  **Status Date:** Mar 01, 2014
**Interlocutory Attorney:** YONG OH (RICHARD) KIM

### Defendant

**Name:** Ryan Markus
**Correspondent Address:** JEFFREY M FURR
FURR LAW FIRM
2622 DEBOLT ROAD
UTICA OH UNITED STATES , 43080 9604
**Correspondent e-mail:** JeffMFurr@FurrLawFirm.com , jeffmfurr@aol.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN AND OUT | | 85507551 | |

### Plaintiff(s)

**Name:** In-N-Out Burgers
**Correspondent Address:** VALERIE SARIGUMBA
IN N OUT BURGERS
4199 CAMPUS DRIVE, 9TH FLOOR
IRVINE CA UNITED STATES , 92612
**Correspondent e-mail:** bob@lauson.com , vsarigumba@innout.com , rblake@innout.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |
| IN 'N' OUT | | 72389754 | 930203 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT | | 75137201 | 2285823 |

| | Prosecution History | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 18 | TERMINATED | Mar 01, 2014 | |
| 17 | BD DECISION: DISMISSED W/O PREJ | Mar 01, 2014 | |
| 16 | W/DRAW OF OPPOSITION | Feb 14, 2014 | |
| 15 | W/DRAW OF APPLICATION | Feb 13, 2014 | |
| 14 | TRIAL DATES RESET | Jan 30, 2014 | |
| 13 | STIP FOR EXT | Jan 09, 2014 | |
| 12 | SUSPENDED | Dec 18, 2013 | |
| 11 | STIP FOR EXT | Nov 11, 2013 | |
| 10 | SUSPENDED | Sep 17, 2013 | |
| 9 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Aug 14, 2013 | |
| 8 | CONSOLIDATED - PARENT/TRIAL DATES RESET | Apr 23, 2013 | |
| 7 | STIPULATION FOR AN EXTENSION OF TIME | Feb 04, 2013 | |

| | | | |
|---|---|---|---|
| 6 | APPEARANCE | Oct 12, 2012 | |
| 5 | D'S MOTION TO CONSOLIDATE | Oct 08, 2012 | |
| 4 | ANSWER | Oct 08, 2012 | |
| 3 | PENDING, INSTITUTED | Aug 30, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 30, 2012 | Oct 09, 2012 |
| 1 | FILED AND FEE | Aug 30, 2012 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91206797 | **Filing Date:** | Aug 30, 2012 |
| **Status:** | Terminated | **Status Date:** | Mar 01, 2014 |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM | | |

### Defendant

| | |
|---|---|
| **Name:** | Markus, Ryan |
| **Correspondent Address:** | JEFFREY M FURR<br>FURR LAW FIRM<br>2622 DEBOLT RD<br>UTICA OH UNITED STATES , 43080-9604 |
| **Correspondent e-mail:** | JeffMFurr@FurrLawFirm.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN N OUT | | 85511776 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | VALERIE SARIGUEMBA<br>IN-N-OUT BURGERS<br>4199 CAMPUS DRIVE, 9TH FLOOR<br>IRVINE CA UNITED STATES , 92612 |
| **Correspondent e-mail:** | vsarigumba@innout.com , rblake@innout.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |
| IN 'N' OUT | | 72389754 | 930203 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT | | 75137201 | 2285823 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 10 | TERMINATED | Mar 01, 2014 | |
| 9 | BD DECISION: DISMISSED W/O PREJ | Mar 01, 2014 | |
| 8 | CONSOLIDATED - CHILD OF 91206797 | Apr 23, 2013 | |
| 7 | STIPULATION FOR AN EXTENSION OF TIME | Feb 04, 2013 | |
| 6 | APPEARANCE | Oct 12, 2012 | |
| 5 | D'S MOTION TO CONSOLIDATE | Oct 08, 2012 | |
| 4 | ANSWER | Oct 08, 2012 | |
| 3 | PENDING, INSTITUTED | Aug 30, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 30, 2012 | Oct 09, 2012 |
| 1 | FILED AND FEE | Aug 30, 2012 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91196649 | **Filing Date:** | Sep 28, 2010 |
| **Status:** | Terminated | **Status Date:** | Sep 21, 2011 |
| **Interlocutory** | MICHAEL B ADLIN | | |

|  | **Attorney:** |  |  |  |
|---|---|---|---|---|
| | **Defendant** | | | |
| | **Name:** | Cambrela, Inc. | | |
| | **Correspondent Address:** | MICHAEL FEDRICK<br>LOZA LOZA LLP<br>305 N 2ND AVE 127<br>UPLAND CA UNITED STATES , 91786 6064 | | |
| | **Correspondent e-mail:** | mike@lozaip.com | | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN AND OUT TRAFFIC SCHOOL | | 77857320 | |

| | **Plaintiff(s)** | | | |
|---|---|---|---|---|
| | **Name:** | In-N-Out Burgers, a California Corporation | | |
| | **Correspondent Address:** | ROBERT J LAUSON<br>LAUSON TARVER LLP<br>880 APOLLO STREET , SUITE 301<br>EL SEGUNDO CA UNITED STATES , 90245 | | |
| | **Correspondent e-mail:** | bob@lauson.com | | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT BURGER | | 75559057 | 2291183 |
| IN & OUT | | 74323081 | 1780587 |
| IN 'N' OUT | | 72389754 | 930203 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT | | 75137201 | 2285823 |
| IN-N-OUT BURGER FOUNDATION | | 75061338 | 2035491 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 18 | TERMINATED | Sep 21, 2011 | |
| 17 | BD'S DECISION: DISMISSED W/O PREJUDICE | Sep 21, 2011 | |
| 16 | STIP DISMISSAL WO PREJUDICE | Sep 20, 2011 | |
| 15 | SUSPENDED | Jul 08, 2011 | |
| 14 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jul 08, 2011 | |
| 13 | RESPONSE DUE 30 DAYS (DUE DATE) | May 10, 2011 | Jun 09, 2011 |
| 12 | EXTENSION OF TIME GRANTED | Apr 14, 2011 | |
| 11 | STIPULATION FOR AN EXTENSION OF TIME | Apr 14, 2011 | |
| 10 | P'S MOTION TO AMEND PLEADING/AMENDED PLEADING | Mar 23, 2011 | |
| 9 | CHANGE OF CORRESPONDENCE ADDRESS | Mar 11, 2011 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 11, 2011 | |
| 7 | D'S MOTION FOR AN EXTENSION OF TIME | Feb 07, 2011 | |
| 6 | CORRECTION TO BOARD`S ORDER | Nov 18, 2010 | |
| 5 | ANSWER | Nov 05, 2010 | |
| 4 | OPP'S MOTION TO CORRECT OPP'S NAME | Oct 22, 2010 | |
| 3 | PENDING, INSTITUTED | Sep 28, 2010 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 28, 2010 | Nov 07, 2010 |
| 1 | FILED AND FEE | Sep 28, 2010 | |

## Type of Proceeding: Opposition

| **Proceeding Number:** | 91188062 | **Filing Date:** | Dec 17, 2008 |
|---|---|---|---|
| **Status:** | Terminated | **Status Date:** | Mar 23, 2009 |
| **Interlocutory** | ANGELA LYKOS | | |

| | |
|---|---|
| **Attorney:** | |

| Defendant ||
|---|---|
| **Name:** | GREAT BUYS, INC. |
| **Correspondent Address:** | GREGG ZEGARELLI<br>ZEGARELLI LAW GROUP<br>429 FORBES AVE STE 1212<br>PITTSBURGH PA UNITED STATES , 15219-1625 |
| **Correspondent e-mail:** | mailroom.grz@zegarelli.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| INOUT DEALS | | 77475624 | |

| Plaintiff(s) ||
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | Margaret Niver McGann<br>Parsons Behle & Latimer<br>201 South Main Street, Suite 1800<br>Salt Lake City UT UNITED STATES , 84111 |
| **Correspondent e-mail:** | mmcgann@parsonsbehle.com , cjohns@parsonsbehle.com , jwhite@parsonsbehle.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT | | 75137201 | 2285823 |
| IN 'N' OUT | | 72389754 | 930203 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 7 | TERMINATED | Mar 23, 2009 | |
| 6 | BOARD'S DECISION: SUSTAINED | Mar 23, 2009 | |
| 5 | ABANDONMENT | Mar 20, 2009 | |
| 4 | ANSWER | Jan 14, 2009 | |
| 3 | PENDING, INSTITUTED | Dec 17, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 17, 2008 | Jan 26, 2009 |
| 1 | FILED AND FEE | Dec 17, 2008 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91186958 | **Filing Date:** | Oct 14, 2008 |
| **Status:** | Terminated | **Status Date:** | Sep 16, 2009 |
| **Interlocutory Attorney:** | CHERYL S GOODMAN | | |

| Defendant ||
|---|---|
| **Name:** | Obadia Alain |
| **Correspondent Address:** | Leonard Budow<br>Leonard N Budow PC<br>Ste 4613 350 5th Avenue<br>New York NY UNITED STATES , 10118-4613 |
| **Correspondent e-mail:** | lb@budowlaw.us |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

| IN & OUT | | | 77283492 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | Ariana Gallisa<br>Pillsbury Winthrop Shaw Pittman LLP<br>P.O. Box 7780, Calendar/Docketing Dept.<br>San Francisco CA UNITED STATES , 94120-7880 |
| **Correspondent e-mail:** | sftrademarks@pillsburylaw.com , ariana.gallisa@pillsburylaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT | | 75137201 | 2285823 |
| IN 'N' OUT | | 72389754 | 930203 |
| ENTRADA-Y-SALIDA | | 74599705 | 2048138 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 13 | TERMINATED | Sep 16, 2009 | |
| 12 | BOARD'S DECISION: SUSTAINED | Sep 16, 2009 | |
| 11 | WITHDRAWAL OF APPLICATION | Sep 15, 2009 | |
| 10 | CHANGE OF CORRESPONDENCE ADDRESS | Aug 21, 2009 | |
| 9 | APPEARANCE | Aug 21, 2009 | |
| 8 | SUSPENDED | Jul 07, 2009 | |
| 7 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jul 07, 2009 | |
| 6 | ANSWER | Jan 20, 2009 | |
| 5 | EXTENSION OF TIME GRANTED | Oct 24, 2008 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Oct 24, 2008 | |
| 3 | PENDING, INSTITUTED | Oct 14, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 14, 2008 | Nov 23, 2008 |
| 1 | FILED AND FEE | Oct 14, 2008 | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91186018 | **Filing Date:** | Aug 16, 2008 |
| **Status:** | Terminated | **Status Date:** | May 28, 2009 |
| **Interlocutory Attorney:** | MARY CATHERINE FAINT | | |

### Defendant

| | |
|---|---|
| **Name:** | Brian Quaglia and Sandra Quaglia |
| **Correspondent Address:** | Brian Quaglia<br>77 Peck Street<br>Rehoboth MA UNITED STATES , 02886 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN & OUT | | 76687302 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | Edward O. Ansell<br>Law Office of Edward O. Ansell<br>427 N. Yale Avenue, Suite 204 |

|  | Claremont CA UNITED STATES , 91711 |
|---|---|
| **Correspondent e-mail:** | anselaw@verizon.net |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 75137201 | 2285823 |
| IN-N-OUT BURGER | | 73724456 | 1514689 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 18 | TERMINATED | May 28, 2009 | |
| 17 | BOARD'S DECISION: SUSTAINED | May 28, 2009 | |
| 16 | COPY #15 | May 26, 2009 | |
| 15 | WITHDRAWAL OF APPLICATION | May 21, 2009 | |
| 14 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | May 05, 2009 | |
| 13 | P'S MOTION FOR SUMMARY JUDGMENT | Apr 28, 2009 | |
| 12 | D'S UNDELIVERABLE MAIL | Apr 13, 2009 | |
| 11 | P'S RESPONSE TO BOARD ORDER/INQUIRY | Apr 09, 2009 | |
| 10 | TRIAL DATES SET | Apr 03, 2009 | |
| 9 | COPY #8 W/CERTIFICATE OF SERVICE | Apr 01, 2009 | |
| 8 | P'S MOTION TO JOIN INDISPENSIBLE PARTY | Mar 30, 2009 | |
| 7 | TRIAL DATES RESET | Mar 13, 2009 | |
| 6 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Oct 10, 2008 | |
| 5 | P'S OPPOSITION/RESPONSE TO MOTION | Sep 26, 2008 | |
| 4 | ANSWER | Sep 15, 2008 | |
| 3 | PENDING, INSTITUTED | Aug 26, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 26, 2008 | Oct 05, 2008 |
| 1 | FILED AND FEE | Aug 16, 2008 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91183888 | **Filing Date:** | May 05, 2008 |
| **Status:** | Terminated | **Status Date:** | Jun 13, 2013 |
| **Interlocutory Attorney:** | ANN LINNEHAN VOGLER | | |

**Defendant**

| | |
|---|---|
| **Name:** | Fast Lane Car Wash & Lube, L.L.C. |
| **Correspondent Address:** | RICHARD L SCHNAKE<br>THE LAW FIRM OF NEALE & NEWMAN LLP<br>PO BOX 10327<br>SPRINGFIELD MO UNITED STATES , 65808-0327 |
| **Correspondent e-mail:** | DWooten@nnlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN & OUT CAR WASH | | 77234104 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | In-N-Out Burgers |

| | |
|---|---|
| **Correspondent Address:** | ROBERT J LAUSON<br>LAUSON AND TARVER LLP<br>880 APOLLO STREET, SUITE 301<br>EL SEGUNDO CA UNITED STATES , 90245 |
| **Correspondent e-mail:** | bob@lauson.com , edwin@lauson.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IN-N-OUT | | 73133175 | 1085163 |
| IN-N-OUT | | 73738305 | 1522799 |
| IN-N-OUT | | 73738306 | 1525982 |
| IN-N-OUT | | 73133176 | 1101628 |
| IN-N-OUT | | 73133174 | 1101638 |
| IN-N-OUT | | 75396996 | 2217307 |
| IN-N-OUT BURGER | | 73724456 | 1514689 |
| IN-N-OUT BURGER | | 74622923 | 1960015 |
| IN-N-OUT BURGER | | 76669013 | 3367471 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 84 | TERMINATED | Jun 13, 2013 | |
| 83 | BD DECISION: DISMISSED | Mar 14, 2013 | |
| 82 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 81 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 80 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 79 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 78 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS | Nov 07, 2011 | |
| 77 | DEFENDANT'S NOTICE OF RELIANCE EXHIBITS 862-879 | Nov 07, 2011 | |
| 76 | SUBMITTED ON BRIEF | Apr 11, 2012 | |
| 75 | PLAINTIFF'S NOTICE OF RELIANCE | Apr 04, 2012 | |
| 74 | P'S REBUTTAL BRIEF | Apr 02, 2012 | |
| 73 | FINAL BRIEF ON MERITS FOR DEFENDANT(S) | Mar 16, 2012 | |
| 72 | BRIEF ON MERITS FOR PLAINTIFF | Feb 14, 2012 | |
| 71 | P'S NOTICE OF TAKING TESTIMONY | Feb 07, 2012 | |
| 70 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 03, 2012 | |
| 69 | PLAINTIFF'S NOTICE OF RELIANCE | Dec 28, 2011 | |
| 68 | PLAINTIFF'S NOTICE OF RELIANCE | Dec 16, 2011 | |
| 67 | PLAINTIFF'S NOTICE OF RELIANCE | Dec 28, 2011 | |
| 66 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 65 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 64 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 63 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 62 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 61 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 60 | DEFENDANT'S NOTICE OF RELIANCE | Nov 07, 2011 | |
| 59 | TESTIMONY FOR DEFENDANT | Nov 18, 2011 | |
| 58 | TESTIMONY FOR DEFENDANT | Nov 18, 2011 | |
| 57 | P'S REBUTTAL PRETRIAL DISCLOSURES | Nov 17, 2011 | |
| 56 | D'S NOTICE OF DEPOSITIONS | Oct 21, 2011 | |
| 55 | D'S PRETRIAL DISCLOSURES | Sep 16, 2011 | |
| 54 | PLAINTIFF'S NOTICE OF RELIANCE | Sep 09, 2011 | |
| 53 | PLAINTIFF'S NOTICE OF RELIANCE | Sep 09, 2011 | |
| 52 | EXTENSION OF TIME GRANTED | Jun 17, 2011 | |
| 51 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Jun 17, 2011 | |
| 50 | EXTENSION OF TIME GRANTED | May 19, 2011 | |
| 49 | STIPULATION FOR AN EXTENSION OF TIME | May 19, 2011 | |

| | | | |
|---|---|---|---|
| 48 | EXTENSION OF TIME GRANTED | Apr 11, 2011 | |
| 47 | STIPULATION FOR AN EXTENSION OF TIME | Apr 11, 2011 | |
| 46 | EXTENSION OF TIME GRANTED | Mar 17, 2011 | |
| 45 | STIPULATION FOR AN EXTENSION OF TIME | Mar 17, 2011 | |
| 44 | BOARD'S ORDER TRIAL DATES REMAIN AS PREVIOUSLY SET | Feb 28, 2011 | |
| 43 | APPEARANCE | Feb 25, 2011 | |
| 42 | EXTENSION OF TIME GRANTED | Feb 18, 2011 | |
| 41 | STIPULATION FOR AN EXTENSION OF TIME | Feb 18, 2011 | |
| 40 | EXTENSION OF TIME GRANTED | Jan 19, 2011 | |
| 39 | STIPULATION FOR AN EXTENSION OF TIME | Jan 19, 2011 | |
| 38 | EXTENSION OF TIME GRANTED | Oct 28, 2010 | |
| 37 | STIPULATION FOR AN EXTENSION OF TIME | Oct 28, 2010 | |
| 36 | D'S MOTION TO CONDUCT DEPO BY VIDEO CONFERENCE GRANTED/REMAINING TRIAL DATES RESET | Sep 20, 2010 | |
| 35 | P'S MOTION TO QUASH | Sep 09, 2010 | |
| 34 | P'S OPPOSITION/RESPONSE TO MOTION | Sep 07, 2010 | |
| 33 | D'S MOTION TO COMPEL DISCOVERY | Aug 27, 2010 | |
| 32 | EXTENSION OF TIME GRANTED | Jul 22, 2010 | |
| 31 | STIPULATION FOR AN EXTENSION OF TIME | Jul 22, 2010 | |
| 30 | ANSWER | Jul 22, 2010 | |
| 29 | RESPONSE DUE 30 DAYS (DUE DATE) | Jun 23, 2010 | Jul 23, 2010 |
| 28 | CHANGE OF CORRESPONDENCE ADDRESS | Feb 09, 2010 | |
| 27 | D'S OPPOSITION/RESPONSE TO MOTION | Jan 19, 2010 | |
| 26 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 07, 2010 | |
| 25 | P'S MOTION TO AMEND PLEADING/AMENDED PLEADING | Jan 04, 2010 | |
| 24 | P'S MOTION TO AMEND PLEADING/AMENDED PLEADING | Jan 04, 2010 | |
| 23 | PL'S MOT. FOR SUMM. JUDGMENT DENIED | Dec 29, 2009 | |
| 22 | P'S REPLY IN SUPPORT OF MOTION | Oct 30, 2009 | |
| 21 | D'S OPPOSITION/RESPONSE TO MOTION | Oct 15, 2009 | |
| 20 | AMENDED ANSWER | Sep 14, 2009 | |
| 19 | SUSPENDED | Aug 17, 2009 | |
| 18 | D'S REPLY IN SUPPORT OF MOTION | May 26, 2009 | |
| 17 | P COMMUNICATION | May 08, 2009 | |
| 16 | P'S OPPOSITION/RESPONSE TO MOTION | May 08, 2009 | |
| 15 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | May 01, 2009 | |
| 14 | D'S RESP2 O'S MSJ-56(F) | Apr 24, 2009 | |
| 13 | D'S MOTION TO COMPEL DISCOVERY | Apr 24, 2009 | |
| 12 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Apr 16, 2009 | |
| 11 | P'S MOTION FOR AN EXTENSION OF TIME | Apr 13, 2009 | |
| 10 | P'S MSJ AND M4LV2 AMEND NOO | Apr 11, 2009 | |
| 9 | Unsigned copy of #10 | Apr 11, 2009 | |
| 8 | TRIAL DATES RESET | Dec 16, 2008 | |
| 7 | D'S MOTION TO COMPEL DISCOVERY | Dec 11, 2008 | |
| 6 | EXTENSION OF TIME GRANTED | Aug 06, 2008 | |
| 5 | STIPULATION FOR AN EXTENSION OF TIME | Aug 06, 2008 | |
| 4 | ANSWER | Jun 12, 2008 | |
| 3 | PENDING, INSTITUTED | May 05, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 05, 2008 | Jun 14, 2008 |
| 1 | FILED AND FEE | May 05, 2008 | |

Int. Cls.: **14, 16, 18, 21 and 25**

Prior U.S. Cls.: **1, 2, 3, 5, 13, 22, 23, 27, 28, 29, 30, 33, 37, 38, 39, 40, 41 and 50**

Reg. No. 2,217,307

United States Patent and Trademark Office   Registered Jan. 12, 1999

## TRADEMARK
### PRINCIPAL REGISTER

### IN-N-OUT

IN-N-OUT BURGERS (CALIFORNIA CORPORATION)
4199 CAMPUS DRIVE, 9TH FLOOR
IRVINE, CA 92612

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 8-16-1988; IN COMMERCE 8-16-1988.

FOR: DECALS IN THE NATURE OF BUMPER STICKERS; PUBLICATIONS IN THE NATURE OF HOUSE ORGANS; GIFT CERTIFICATES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1979; IN COMMERCE 0-0-1979.

FOR: BACKPACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-0-1994; IN COMMERCE 7-0-1994.

FOR: COFFEE MUGS AND THERMAL MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-16-1988; IN COMMERCE 8-16-1988.

FOR: SHIRTS, BASEBALL CAPS, LETTERMAN'S JACKETS, AND COOKS APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-20-1987; IN COMMERCE 1-20-1987.

OWNER OF U.S. REG. NOS. 1,023,506, 1,101,638 AND OTHERS.

SER. NO. 75-396,996, FILED 11-28-1997.

LESLEY LAMOTHE, EXAMINING ATTORNEY