# EXHIBIT 9

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-06-20 15:02:20 EDT |
| **Mark:** | ANIMAL STYLE |

# ANIMAL STYLE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85746358 | **Application Filing Date:** | Oct. 04, 2012 |
| **US Registration Number:** | 4446249 | **Registration Date:** | Dec. 10, 2013 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Oct. 17, 2023 | | |
| **Publication Date:** | Sep. 24, 2013 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ANIMAL STYLE |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 1601172, 3826995, 3171386 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | prepared meals consisting primarily of meat and vegetables and including bread and cheese, and the aforesaid meals provided in bowls, boxes, bags and trays | | |
| **International Class(es):** | 029 - Primary Class | **U.S Class(es):** | 046 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | 1960 | **Use in Commerce:** | 1960 |
| **For:** | sandwiches; custom-made sandwiches | | |
| **International Class(es):** | 030 - Primary Class | **U.S Class(es):** | 046 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | 1960 | **Use in Commerce:** | 1960 |
| **For:** | food preparation; restaurant services for preparation of sandwiches, custom-made sandwiches, and combinations of meat, vegetables, bread, and cheese; mobile food preparation services for preparation of sandwiches, custom-made sandwiches, and combinations of meat, vegetables, bread, and cheese | | |
| **International** | 043 - Primary Class | **U.S Class(es):** | 100, 101 |

| | |
|---|---|
| **Class(es):** | |
| **Class Status:** | ACTIVE |
| **First Use:** | 1960 |
| **Use in Commerce:** | 1960 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | In-N-Out Burgers |
| **Owner Address:** | 4199 Campus Dr., 9th Floor<br>Irvine, CALIFORNIA UNITED STATES 92612 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Valerie Sarigumba | **Docket Number:** | IOB-83 |
| **Attorney Primary Email Address:** | vsarigumba@innout.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Valerie Sarigumba<br>IN-N-OUT BURGERS<br>4199 Campus Dr., 9th Floor<br>IRVINE, CALIFORNIA UNITED STATES 92612 |
| **Correspondent e-mail:** | rblake@innout.com  vsarigumba@innout.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 17, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 17, 2023 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Oct. 17, 2023 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 17, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Apr. 17, 2023 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 10, 2022 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jan. 25, 2022 | COUNTERCLAIM OPP. NO. 999999 | 273278 |
| Jan. 25, 2022 | COUNTERCLAIM OPP. NO. 999999 | 273278 |
| Apr. 15, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Apr. 14, 2020 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Apr. 14, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Apr. 14, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 14, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Apr. 14, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 14, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Apr. 14, 2020 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Feb. 24, 2020 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 | |
| Feb. 24, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |

| Date | Event |
|---|---|
| Dec. 03, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Dec. 03, 2019 | TEAS SECTION 8 & 15 RECEIVED |
| Dec. 10, 2018 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED |
| Dec. 10, 2013 | REGISTERED-PRINCIPAL REGISTER |
| Sep. 24, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Sep. 24, 2013 | PUBLISHED FOR OPPOSITION |
| Sep. 04, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Aug. 21, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Aug. 20, 2013 | ASSIGNED TO LIE |
| Aug. 09, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Aug. 03, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Aug. 02, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Aug. 02, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Feb. 04, 2013 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Feb. 04, 2013 | NON-FINAL ACTION E-MAILED |
| Feb. 04, 2013 | NON-FINAL ACTION WRITTEN |
| Feb. 01, 2013 | ASSIGNED TO EXAMINER |
| Oct. 11, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Oct. 08, 2012 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Oct. 17, 2023

# Proceedings

**Summary**

**Number of Proceedings:** 2

### Type of Proceeding: Opposition

| | |
|---|---|
| **Proceeding Number:** 91273278 | **Filing Date:** Dec 03, 2021 |
| **Status:** Terminated | **Status Date:** Jul 25, 2023 |
| **Interlocutory Attorney:** KEVIN G CRENNAN | |

**Defendant**

**Name:** Taylor Made Golf Company, Inc.

**Correspondent Address:** NICHOLE DAVIS CHOLLET
KILPATRICK TOWNSEND & STOCKTON LLP
1100 PEACHTREE STREET NE, SUITE 2800
ATLANTA GA UNITED STATES , 30309-4530

**Correspondent e-mail:** nchollet@ktslaw.com , dbcaswell@ktslaw.com , kteilhaber@ktslaw.com , tmadmin@ktslaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ANIMAL STYLE | | 90394100 | |

**Plaintiff(s)**

**Name:** In-N-Out Burgers

**Correspondent Address:** BRIAN D. WASSOM
WARNER NORCROSS + JUDD LLP
45000 RIVER RIDGE DR., STE. 300
CLINTON TWP MI UNITED STATES , 48038

**Correspondent e-mail:** bwassom@wnj.com , dkeilch@wnj.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ANIMAL STYLE | | 85746358 | 4446249 |
| ANIMAL STYLE | | 85746358 | 4446249 |
| ANIMAL STYLE | | 85753301 | 4841694 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 29 | TERMINATED | Jul 25, 2023 | |
| 28 | BD DECISION: OPP DISMISSED W/O PREJ | Jul 25, 2023 | |
| 27 | W/DRAW OF OPPOSITION | Jul 19, 2023 | |
| 26 | EXTENSION OF TIME GRANTED | May 30, 2023 | |
| 25 | P MOT FOR EXT W/ CONSENT | May 30, 2023 | |
| 24 | EXTENSION OF TIME GRANTED | Feb 15, 2023 | |
| 23 | D MOT FOR EXT W/ CONSENT | Feb 15, 2023 | |
| 22 | EXTENSION OF TIME GRANTED | Dec 20, 2022 | |
| 21 | P MOT FOR EXT W/ CONSENT | Dec 20, 2022 | |
| 20 | SUSPENDED | Nov 04, 2022 | |
| 19 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Nov 04, 2022 | |
| 18 | SUSPENDED | Oct 04, 2022 | |
| 17 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Oct 04, 2022 | |
| 16 | SUSPENDED | Aug 30, 2022 | |
| 15 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Aug 30, 2022 | |
| 14 | SUSPENDED | Jun 30, 2022 | |
| 13 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Jun 30, 2022 | |
| 12 | EXTENSION OF TIME GRANTED | May 31, 2022 | |
| 11 | P MOT FOR EXT W/ CONSENT | May 31, 2022 | |
| 10 | SUSPENDED | Apr 11, 2022 | |
| 9 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Apr 11, 2022 | |
| 8 | ANSWER TO COUNTERCLAIM | Mar 04, 2022 | |
| 7 | P CHANGE OF CORRESP ADDRESS | Mar 04, 2022 | |
| 6 | TRIAL DATES RESET | Jan 25, 2022 | |
| 5 | ANSWER AND COUNTERCLAIM ( FEE) | Jan 18, 2022 | |
| 4 | D CHANGE OF CORRESP ADDRESS | Jan 18, 2022 | |
| 3 | INSTITUTED | Dec 06, 2021 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 06, 2021 | Jan 15, 2022 |
| 1 | FILED AND FEE | Dec 03, 2021 | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91228328 | **Filing Date:** | Jun 08, 2016 |
| **Status:** | Terminated | **Status Date:** | Oct 05, 2018 |
| **Interlocutory Attorney:** | ANDREW P BAXLEY | | |

### Defendant

**Name:** The Word Animal Style, Inc.

**Correspondent Address:** STACY E DON
LAW OFFICE OF STACY E DON
3007 DOUGLAS BLVD STE 100
ROSEVILLE CA UNITED STATES , 95661

**Correspondent e-mail:** sdon@sdonlaw.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| THE WORD ANIMAL STYLE | | 85871763 | |

### Plaintiff(s)

|  |  |
|---|---|
| **Name:** | In-N-Out Burgers |
| **Correspondent Address:** | KATE E HART<br>DENTONS US LLP<br>4520 MAIN ST #1100<br>KANSAS CITY MO UNITED STATES , 64111-7700 |
| **Correspondent e-mail:** | kate.hart@dentons.com , michael.bierman@dentons.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ANIMAL STYLE |  | 85753301 | 4841694 |
| ANIMAL STYLE |  | 85746358 | 4446249 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 44 | TERMINATED | Oct 05, 2018 |  |
| 43 | BD DECISION: OPP SUSTAINED | Oct 05, 2018 |  |
| 42 | W/DRAW OF APPLICATION | Oct 03, 2018 |  |
| 41 | SUSPENDED | Oct 02, 2018 |  |
| 40 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Sep 25, 2018 |  |
| 39 | SUSPENDED | Aug 20, 2018 |  |
| 38 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Aug 17, 2018 |  |
| 37 | EXTENSION OF TIME GRANTED | Jul 23, 2018 |  |
| 36 | D MOT FOR EXT W/ CONSENT | Jul 18, 2018 |  |
| 35 | ANSWER | Jul 09, 2018 |  |
| 34 | EXTENSION OF TIME GRANTED | Jun 28, 2018 |  |
| 33 | D MOT FOR EXT W/ CONSENT | Jun 25, 2018 |  |
| 32 | TRIAL DATES RESET | Jun 15, 2018 |  |
| 31 | D MOT FOR EXT W/ CONSENT | Jun 11, 2018 |  |
| 30 | P AMENDED NOO | May 20, 2018 |  |
| 29 | RESPONSE DUE | Apr 30, 2018 |  |
| 28 | SUSP PEND DISP OF OUTSTNDNG MOT | Apr 02, 2018 |  |
| 27 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Mar 30, 2018 |  |
| 26 | EXTENSION OF TIME GRANTED | Jan 02, 2018 |  |
| 25 | P MOT FOR EXT W/ CONSENT | Jan 02, 2018 |  |
| 24 | TRIAL DATES RESET | Dec 22, 2017 |  |
| 23 | P REPLY IN SUPPORT OF MOTION | Dec 03, 2017 |  |
| 22 | D OPP/RESP TO MOTION | Nov 13, 2017 |  |
| 21 | SUSP PEND DISP OF OUTSTNDNG MOT | Oct 30, 2017 |  |
| 20 | EXTENSION OF TIME GRANTED | Oct 23, 2017 |  |
| 19 | P MOT FOR EXT W/ CONSENT | Oct 23, 2017 |  |
| 18 | P MOT FOR JGT ON PLEADINGS | Oct 21, 2017 |  |
| 17 | TRIAL DATES RESET | Jun 06, 2017 |  |
| 16 | P REPLY IN SUPPORT OF MOTION | May 26, 2017 |  |
| 15 | D OPP/RESP TO MOTION | Apr 27, 2017 |  |
| 14 | EXTENSION OF TIME GRANTED | Apr 19, 2017 |  |
| 13 | D MOT FOR EXT W/ CONSENT | Apr 12, 2017 |  |
| 12 | SUSP PEND DISP OF OUTSTNDNG MOT | Apr 04, 2017 |  |
| 11 | P MOT TO COMPEL DISCOVERY | Mar 24, 2017 |  |
| 10 | EXTENSION OF TIME GRANTED | Mar 13, 2017 |  |
| 9 | D MOT FOR EXT W/ CONSENT | Mar 13, 2017 |  |
| 8 | EXTENSION OF TIME GRANTED | Jan 26, 2017 |  |
| 7 | STIP FOR EXT | Jan 17, 2017 |  |
| 6 | P APPEARANCE / POWER OF ATTORNEY | Dec 14, 2016 |  |
| 5 | ANSWER | Jul 18, 2016 |  |
| 4 | D APPEARANCE / POWER OF ATTORNEY | Jul 18, 2016 |  |
| 3 | PENDING, INSTITUTED | Jun 08, 2016 |  |

| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 08, 2016 | Jul 18, 2016 |
|---|---|---|---|
| 1 | FILED AND FEE | Jun 08, 2016 | |

Case 8:25-cv-01335-SRM-ADS   Document 1-9   Filed 06/20/25   Page 8 of 9   Page ID #:102



# ANIMAL STYLE

**Reg. No. 4,446,249**  
**Registered Dec. 10, 2013**

**Int. Cls.: 29, 30 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

IN-N-OUT BURGERS (CALIFORNIA CORPORATION)  
4199 CAMPUS DR., 9TH FLOOR  
IRVINE, CA 92612

FOR: PREPARED MEALS CONSISTING PRIMARILY OF MEAT AND VEGETABLES AND INCLUDING BREAD AND CHEESE, AND THE AFORESAID MEALS PROVIDED IN BOWLS, BOXES, BAGS AND TRAYS, IN CLASS 29 (U.S. CL. 46).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

FOR: SANDWICHES; CUSTOM-MADE SANDWICHES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

FOR: FOOD PREPARATION; RESTAURANT SERVICES FOR PREPARATION OF SANDWICHES, CUSTOM-MADE SANDWICHES, AND COMBINATIONS OF MEAT, VEGETABLES, BREAD, AND CHEESE; MOBILE FOOD PREPARATION SERVICES FOR PREPARATION OF SANDWICHES, CUSTOM-MADE SANDWICHES, AND COMBINATIONS OF MEAT, VEGETABLES, BREAD, AND CHEESE, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,601,172, 3,171,386, AND 3,826,995.

SER. NO. 85-746,358, FILED 10-4-2012.

MARK SPARACINO, EXAMINING ATTORNEY



Commissioner for Trademarks of the  
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

Page: 2 / RN # 4,446,249