# EXHIBIT 10

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-06-20 15:03:05 EDT |
| Mark: | PROTEIN STYLE |

PROTEIN STYLE

| | | | |
|---|---|---|---|
| US Serial Number: | 85979997 | Application Filing Date: | Oct. 05, 2012 |
| US Registration Number: | 4470915 | Registration Date: | Jan. 21, 2014 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| Status: | The registration has been renewed. | | |
| Status Date: | Oct. 07, 2023 | | |
| Publication Date: | Oct. 08, 2013 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | PROTEIN STYLE |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Disclaimer: | "PROTEIN" |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 1598792, 3171388 |
| Child Of: | 85747403 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Prepared meals consisting primarily of meat and vegetables and including bread and cheese, and the aforesaid meals provided in bowls, boxes, bags and trays | | |
| International Class(es): | 029 - Primary Class | U.S Class(es): | 046 |
| Class Status: | ACTIVE | | |
| First Use: | 1958 | Use in Commerce: | 1958 |
| For: | Sandwiches; custom-made sandwiches | | |
| International Class(es): | 030 - Primary Class | U.S Class(es): | 046 |
| Class Status: | ACTIVE | | |
| First Use: | 1958 | Use in Commerce: | 1958 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | In-N-Out Burgers |
| **Owner Address:** | 4199 Campus Dr., 9th Floor<br>Irvine, CALIFORNIA UNITED STATES 92612 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Valerie Sarigumba | **Docket Number:** | IOB 87 |
| **Attorney Primary Email Address:** | vsarigumba@innout.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Valerie Sarigumba<br>IN-N-OUT BURGERS<br>4199 Campus Dr., 9th Floor<br>IRVINE, CALIFORNIA UNITED STATES 92612-4684 |
| **Correspondent e-mail:** | rblake@innout.com vsarigumba@innout.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 07, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 07, 2023 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Oct. 07, 2023 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 06, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Apr. 05, 2023 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 21, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 11, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 11, 2019 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Sep. 11, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jul. 31, 2019 | TEAS SECTION 8 & 15 RECEIVED | |
| Jan. 21, 2019 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jan. 21, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 13, 2013 | 1(B) BASIS DELETED; PROCEED TO REGISTRATION | |
| Dec. 13, 2013 | NOTICE OF ALLOWANCE CANCELLED | |
| Dec. 03, 2013 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 08, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 08, 2013 | PUBLISHED FOR OPPOSITION | |
| Sep. 18, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 05, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Aug. 30, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 30, 2013 | DIVISIONAL PROCESSING COMPLETE | |
| Aug. 02, 2013 | DIVISIONAL REQUEST RECEIVED | |
| Aug. 26, 2013 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |

| | |
|---|---|
| Aug. 13, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Aug. 13, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Aug. 05, 2013 | ASSIGNED TO LIE |
| Aug. 02, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Aug. 02, 2013 | TEAS REQUEST TO DIVIDE RECEIVED |
| Feb. 04, 2013 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Feb. 04, 2013 | NON-FINAL ACTION E-MAILED |
| Feb. 04, 2013 | NON-FINAL ACTION WRITTEN |
| Feb. 01, 2013 | ASSIGNED TO EXAMINER |
| Oct. 13, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Oct. 09, 2012 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE    **Date in Location:** Oct. 07, 2023



# PROTEIN STYLE

| | |
|---|---|
| **Reg. No. 4,470,915** | IN-N-OUT BURGERS (CALIFORNIA CORPORATION) |
| **Registered Jan. 21, 2014** | 4199 CAMPUS DR., 9TH FLOOR<br>IRVINE, CA 92612 |
| **Int. Cls.: 29 and 30** | FOR: PREPARED MEALS CONSISTING PRIMARILY OF MEAT AND VEGETABLES AND INCLUDING BREAD AND CHEESE, AND THE AFORESAID MEALS PROVIDED IN BOWLS, BOXES, BAGS AND TRAYS, IN CLASS 29 (U.S. CL. 46). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 0-0-1958; IN COMMERCE 0-0-1958. |

FOR: SANDWICHES; CUSTOM-MADE SANDWICHES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 0-0-1958; IN COMMERCE 0-0-1958.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,598,792 AND 3,171,388.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PROTEIN", APART FROM THE MARK AS SHOWN.

SER. NO. 85-979,997, FILED 10-5-2012.

MARK SPARACINO, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.