# EXHIBIT 11

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-06-20 15:03:47 EDT |
| **Mark:** |  |
| **US Serial Number:** | 88668128 |
| **Application Filing Date:** | Oct. 24, 2019 |
| **US Registration Number:** | 6208865 |
| **Registration Date:** | Dec. 01, 2020 |
| **Filed as TEAS Plus:** | Yes |
| **Currently TEAS Plus:** | Yes |
| **Register:** | Principal |
| **Mark Type:** | Trademark |
| **TM5 Common Status Descriptor:** |  LIVE/REGISTRATION/Issued and Active. The trademark application has been registered with the Office. |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Dec. 01, 2020 |
| **Publication Date:** | Sep. 15, 2020 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of two crossed palm trees. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 05.01.03 - Palm trees |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 6058726, 6058727 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Duffle bags; Overnight bags; Wallets | | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jan. 15, 2012 | **Use in Commerce:** | Oct. 15, 2015 |

| | |
|---|---|
| **For:** | Lanyards for holding badges and cards |
| **International Class(es):** | 022 - Primary Class |
| **U.S Class(es):** | 001, 002, 007, 019, 022, 042, 050 |
| **Class Status:** | ACTIVE |
| **First Use:** | Dec. 01, 2004 |
| **Use in Commerce:** | Dec. 01, 2004 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | In-N-Out Burgers |
| **Owner Address:** | 4199 Campus Drive, 9th Floor<br>Irvine, CALIFORNIA UNITED STATES 92612 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Valerie Sarigumba |
| **Docket Number:** | IOB-93 |
| **Attorney Primary Email Address:** | vsarigumba@innout.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Valerie Sarigumba<br>IN-N-OUT BURGERS<br>4199 CAMPUS DRIVE, 9TH FLOOR<br>IRVINE, CALIFORNIA UNITED STATES 92612 |
| **Correspondent e-mail:** | vsarigumba@innout.com  rblake@innout.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 01, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 15, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 15, 2020 | PUBLISHED FOR OPPOSITION | |
| Aug. 26, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 07, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 07, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Aug. 06, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 06, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 06, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Aug. 05, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 05, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 06, 2020 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Feb. 06, 2020 | NON-FINAL ACTION E-MAILED | |
| Feb. 06, 2020 | NON-FINAL ACTION WRITTEN | |
| Jan. 29, 2020 | ASSIGNED TO EXAMINER | |
| Oct. 31, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |

| | |
|---|---|
| Oct. 30, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Oct. 28, 2019 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Dec. 01, 2020

# United States of America
### United States Patent and Trademark Office



**Reg. No. 6,208,865**  
**Registered Dec. 01, 2020**  
**Int. Cl.: 18, 22**  
**Trademark**  
**Principal Register**

In-N-Out Burgers  (CALIFORNIA CORPORATION)
4199 Campus Drive, 9th Floor
Irvine, CALIFORNIA 92612

CLASS 18: Duffle bags; Overnight bags; Wallets

FIRST USE 1-15-2012; IN COMMERCE 10-15-2015

CLASS 22: Lanyards for holding badges and cards

FIRST USE 12-1-2004; IN COMMERCE 12-1-2004

The mark consists of two crossed palm trees.

OWNER OF U.S. REG. NO. 6058726, 6058727

SER. NO. 88-668,128, FILED 10-24-2019



Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.